# Exhibit A

FILED
CIVIL DIVISION
JUL 3 1 2025
Superior Court of the
District of Columbia

**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Case No. **2025 - 05024**

## COMPLAINT
Jurisdiction of this Court is founded on D.C. Code § 11-921.

| Christopher J. Andreski | | | vs | US Department of Justice, "et al.", | | |
|---|---|---|---|---|---|---|
| PLAINTIFF | | | | DEFENDANT | | |
| 12491 Woodland Park Dr. NE | | | | 601 D STREET, NW | | |
| Address (No Post Office Boxes) | | | | Address (No Post Office Boxes) | | |
| Belding | MI | 48809 | | Washington | DC | 20530 |
| City | State | Zip Code | | City | State | Zip Code |
| 586-321-4113 | | | | (202) 727-3400 | | |
| Telephone Number | | | | Telephone Number | | |
| Andreskichris@yahoo.com | | | | USADC.SERVICECIVIL@USDOJ.GOV | | |
| Email Address (optional) | | | | Email Address (optional) | | |

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations: *Attached "Page 3*

   Plaintiff would refer to plaintiff attached 219-page detail timeline that plaintiff has submitted to the honorbale court and ethical

   court clerks office, including plainitffs additional recent timeline of baad faith incidents that occured in the

   "Distrct of Columbia" (Washington, DC), *which Plaintiff Can Confirm that "ALL" defendant engaged in a Civil racketeering Conspiring "Weaponizat attacks to harm Plaintiff. Which all defenants Continue to destroy Plaintiffs life, which hurts Plaintiffs' "internal Feelings". While obtuse defendents also Continue to violate 18 USC Section 241, 18 USC, Sec. 242, 18 U.S.C. Sec. 245, 18 U.S.C. Sec. 249, 18 U.S.C. 1922, 18 U.S.C 111, and other bad faith acts that Harm Plaintiff LIF. GoD B*

2. What relief are you requesting from the Court? Include any request for money damages.

   Plaintiff Christopher J. Andreski has attached sealed attached Exhibit# # A "pages 1-196", that plaintiff

   outlines in detail and identifies plaintiffs "Request Relief" that pertain to plaintiffs 1-272 hardship 'releif request", including plaintiffs

   Attachment # 3 titled "IV. Releif", including plaintiffs addtional four page "releif request" numbered 1-5. 5 USC 8412(d)(1), or under

   section 233 of H.R. 521-4 regarding an employee entitlement to annuity, to follow section 302(a) 50 USC 2152(a)); or (ii) special agent.

3. State any other information, of which the Court should be aware:

Plaintiff Christopher J. Andreski Protected 6c (incorrect) Federal Special LEO enhanced disability FECA financial benefits have been

TERMINATED by defendants, plaintiff is not receiving plaintiffs Judiciary Officer (deputy us marshal) enhanced disability

finanical benefits that are protected under special federal provisions.Additionally,plaintiff

is being "DENIED" plaintiffs "dual benifits" that related to plaintiffs USMS traudmadic work injury to plainitffs "NECK" that ther is no

finanical limitation to plaintiffs protected 6c federal LEO special disability enhanced benefits. Furthermore,

Special Benefits for disability coal miners (30 U.S.C. 921) that pertains to the dangerous and hazardous

environmental conditions that has injured plaintiffs interneural health and well-being "Right Lung" from "Asbestos at DC/SC .

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

**SIGNATURE**

07-31-2025

**DATE**

Subscribed and sworn to before me this _____ day of _____ 20_____.

_____
(Notary Public/Deputy Clerk)

2

*Attached- Page 1*

*Failure To Intervene.*



## Federal Civil Rights Statutes

### Title 18, U.S.C. Section 249, Matthew Shepard and James Byrd, Jr. Hate Crimes Prevention Act

### Title 18, U.S.C., Section 241 - Conspiracy Against Rights

### Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law



*Let us All Think, is this OK to do to Anyone?*

*God Bless ☺*



*07-31-2025*

### Title 18, U.S.C., Section 245 - Federally Protected Activities

### Title 18, U.S.C., Section 247 - Church Arson Prevention Act of 1996

You must print five copies of this form.

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

### Exhibit Summary

CHRISTOPHER J. ANDRESKI

**vs.**

UNITED STATES DEPARTMENT OF JUSTICE "et al.",

|  |  |
|---|---|
| Govt./Pltf. Atty. | |
| Deft./Resp. Atty. | |
| Case No. | |

"E" No.

| | |
|---|---|
| Judge | |
| Clerk | |
| Date | 07-31-2025 |

| Court Exh. No. | Govt. Pltf. Exh. | Deft. Resp. Exh. | Item Description | Qt. | ID | Adm. | Over Obj. | No. Obj. |
|---|---|---|---|---|---|---|---|---|
| | | | Plainitff 9-Page attached "Exhibit List" to this form. | | | | | |
| | | | Attached "Exhibit List" outlines exhibits 1-33. | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

(Use this section only when exhibits are returned in open court.)

I hereby acknowledge Receipt of Govt./Pltf.
Exhibits No. [          ] through [          ]

I hereby acknowledge Receipt of Deft./Resp.
Exhibits No. [          ] through [          ]

Person Rec. Exhibits

Person Rec. Exhibits

Office          Date

Office          Date

"RULES DO NOT APPLY"

July 13, 2025

Superior Court of the District of Columbia

CIVIL DIVISION – Civil Action Branch

500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001

EMERGENCY "REQUEST RELIEF" COMPLAINT EXHIBITS LIST.

PLANTIFF CHRISTOPHER J. ANDRESKI

"EXPIDITE" FILING UNDER "SEAL"

"EXTRAORDINARY CIRCUMSTANCES"

"FILING A RULE 58"

Reference Case: MSPB Disability Discrimination Appeal Case Docket No. CH-0752-22-0331-I-1: United States Federal Court for the Western District of Michigan (Southern Division) Civil Division "DISMISSED" Case No 1:24-cv-699.

EXHIBITS LIST:

1.  EXHIBIT# 1A - Plaintiff Christopher J. Andreski detailed "factual" summary detail timeline page numbers 1-66, pertaining to plaintiffs' detail timeline of plaintiffs' Merit System Protection Board (MSPB) Appeal "Opinion and Order" (1) "Docket No. CH-0752-22-0331-I-1", and plaintiffs' United States Federal District Court for the Western District of Michigan (Southern Division) SIXITH CIRCUIT civil division "DISMISSED" disability discrimination Case No. 1:24-cv-699".

    - Email 5 of 22 - Exhibit# B) Plaintiff sent on July 2025, at 430 PM EDT plaintiffs' one (1) separate attachment that plaintiff sent from email address: Andreskichris@yahoo.com as "PROOF OF SERVICE" to the following email address listed: .

2.  EXHIBIT# 1B – "Exhibits# 1 – 26", page numbers 1- 313, that pertains to plaintiff Christopher J. Andreski Exhibit# 1A, detailed "factual" summary detail timeline page numbers 1-66, in reference to plaintiffs United States Federal District Court for the Western District of Michigan (Southern Division) SIXITH CIRCUIT civil division "DISMISSED" disability discrimination civil Case No. 1:24-cv-699".

3.  EXHIBIT# 2A – Plaintiff Christopher J. Andreski redacted detailed summary timeline pages 1-218. Plaintiffs' detail timeline identifies the pattern of "Weaponization" and civil conspiring

3. EXHIBIT# 2A – Plaintiff Christopher J. Andreski redacted detailed summary timeline pages 1-218. Plaintiffs' detail timeline identifies the pattern of "Weaponization" and civil conspiring racketeering retaliation acts, that extend into violations of plaintiffs US Constitutional Civil Rights, and other retaliatory bad faith acts, to follow the "not nice" intentional discrimination. Reference: Plaintiffs' federal MSPB IRA Appeal "Final Order", (Whistleblower Reprisal Complaint), IRA Appeal Docket No. "Ch-1221-22-0418-W-1". Moreover, plaintiff still has not received any Hardship "Relief Request that pertain to plaintiff "protected 6c federal special LEO enhanced disability benefits, and other federal administrative matter that still have not been addressed from the "Fraud, Waste, and Abuse by defendants, which is 100% relevant plaintiffs' United States Federal Court of Appeals for the Federal Circuit appeal MSPB IRA Case No. 24-2163. Again, plaintiff is not an "Attorney" nor has any legal attorney experience, and never would have imagined that defendants have the "RIGHT" to engage in fraud civil acts regarding plaintiffs protected 6c federal special LEO disability enhanced benefits.

- (Email 5 of 22 - Exhibit# 2A) Plainitff sent on July 2025, at 4:40 PM EDT, regarding plaintiffs'' one (1) separate attachment redacted detail timeline document pages 1-218, in plaintiffs' sent email address: Andreskichris@yahoo.com as "PROOF OF SERVICE" to the following email address listed: .

4. EXHIBIT# 2B  - Numbers 1-25, Page Numbers 1-904.

5. Exhibit# 2C – # 27

6. Exhibit#  A – Pages 1-196 Plaintiff Christopher J. Andreski "Sealed Emergency Hardship Relief" 1-272 "Request Relief" Requests.

7. Exhibit# B – Pages 1-33 – Plaintiff Christopher J. Andreski MSPB IRA "Final Order" appeal filing and submissions that plaintiff details in plaintiffs "Exhibit# B" detail timeline to the honorable court, regarding plaintiffs' matter before honorable Federal Court of Appeals for the Federal Circuit Case No. 24-2163. "Exhibit# I – Page Numbers 1-750, to follow plaintiffs' attached "Form 9A Exhibit – Pages 1-481", and plaintiffs' DOJ - USMS - OSC - timeline pages 1-17".

- Email 2 of 22 - Exhibit# B) Plaintiff sent on July 2025, at 5:05 PM EDT plaintiffs' one (1) separate attachment that plaintiff sent from email address: Andreskichris@yahoo.com as "PROOF OF SERVICE" to the following email address listed: .

2   Exhibit# C – Pages 1-65 – Plaintiff Christopher J. Andreski additional detail timeline that
     identifies the non-stop pattern of civil "Weaponization" retaliation attacks that is in
     connection with plaintiffs' detail 219-page timeline.

3   Exhibit#  D – Pages 1-80 – Plaintiff Christopher J. Andreski Sealed Timeline FDIC complaint
     and other relating matters.

   - (Email 6 of 22 - Exhibit# D) Plaintiff sent on July 2025, at 5:05 PM EDT regarding
     plaintiffs one  (1) separate attachment that was sent from email address:
     Andreskichris@yahoo.com as "PROOF OF SERVICE" to the following email address
     listed: .

4   Exhibit# E – Pages 1-370 – Plaintiff Christopher J. Andreski "APPLICATION OF STATUE OF
     THREATS (1565. FORCABLE ACT REQUIRED – 18 U.S.C. 111) "UNSEALED".

   - (Email 4 of 22 - Exhibit# E) Plainitff sent on July 2025, at 4:53 PM, EDT, regarding
     plaintiffs'' there (3) separate attachments, that plaintiffs' sent from email address:
     Andreskichris@yahoo.com as "PROOF OF SERVICE" to the following email address
     listed:

5   Exhibit#  I – Pages 1-750 - Plaintiff Christopher J. Andreski MSPB IRA "Final Order" Appeal
     Filing and Submissions to follow plaintiffs' attached "Form 9A Exhibit – Pages 1-66, including
     Pages 1-481", to follow plaintiffs' DOJ - USMS - OSC – detail timeline pages 1-17".

   - (Email 2 of 22 - Exhibit# I) Plaintiff sent on July 2025, at 5:05 PM, and at 5:13 PM EDT
     plainitff sent five (5) separate attachments in plaintiffs' personal email address:
     Andreskichris@yahoo.com as "PROOF OF SERVICE" to the following email address
     listed: .

6   Exhibit# LS – Pages 1-65 – Plaintiff Christopher J. Andreski detail packet of supporting
     evidence that identify the medical interference and medical impeding in plaintiffs Federal
     Deputy US Marshal "1811" USMS traudmadic injury left shoulder and neck case and the
     torture medical impeding and medical interference, which again is not nice to do to anyone
     in life.

   - (Exhibit# LS) On July 2025, at 5:13 PM EDT plainitff sent one (1) separate attachment
     that plaintiffs' sent form personal email address: Andreskichris@yahoo.com as
     "PROOF OF SERVICE" to the following email address listed: .

7   Exhibit# S – Pages 101 – Plaintiff Christopher J. Andreski detail timeline of communication
    between plaintiff and special seasonal neighbor (State of Michigan Public Official).
    Moreover, plaintiff special seasonal neighbor appears may have been engaging with the
    unknown  (political) parties who recently broke into plaintiffs W/MI home residence
    Address: 12491 Woodland Park Dr. Belding, MI 48809 AND appear either stolen or
    destroyed "ALL" plaintiffs' personal property, life assets and life collections, family photos,
    and other priceless items like "ART" in plaintiff home residence. Which in fact, plaintiffs
    W/MI home residence local police department refused to response to plaintiff W/MI home
    residence, which identifies the rural political corrupt "Weaponization" attacks to plaintiff by
    bad faith parties, which is another reason why plaintiff came to the "District of Columbia",
    Washington, DC to get help from the special political party in the "Pure" State of Michigan.

    ● (Exhibit# S) On July 2025, at 5:16 PM EDT plainitff sent one (1) separate attachment
      that plaintiffs' sent form personal email address: Andreskichris@yahoo.com as
      "PROOF OF SERVICE" to the following email address listed: .

8   Exhibit# SG – Pages 1-105 – Plaintiff Christopher J. Andreski detail communication and
    meeting events with plaintiffs prior Attorney Counsel Scott Graham (Appears the
    "Weaponization" Attacks Forced Attorney Scott Graham to stop representing plaintiff in all
    admin/civil case matters.

    ● (Exhibit# SG) On July 2025, at 5:13 PM EDT plainitff sent one (1) separate
      attachment that plaintiffs' sent form personal email address:
      Andreskichris@yahoo.com as "PROOF OF SERVICE" to the following email address
      listed: .

9   Exhibit# N – Pages 1-29 – Plaintiff Christopher J. Andreski detail timeline regarding the
    medical impeding and medical interference in plaintiff illegally deleted Neck case, while
    defendants are allowed to torture plainitff in the United States of America and in the
    District of Columba, in Washington DC by either defendants and/or a unknown third-party
    who is allowed to attack and harm plaintiff by illegally interfering and hacking into plaintiffs
    personal email accounts, and deleting plaintiffs' scan email from the Martin Luther King
    Library in Washington DC, which appears bad faith parties again are allowed to engage in
    civil cyber security attacks towards plaintiff email, and mobile phone.

10  Exhibit# Independent Bank – Pages 1-89 – Plaintiff Christopher J. Andreski Sealed
    Independent Bank detail timeline.

11  Exhibit# - Plaintiff Christopher J. Andreski will email "SEALED" Medical packet of plaintiff
    USMS Neck injury and other USMS medical work injury material.

12  Exhibit# 9A – "7 of 22 Email" - Plaintiff Christopher J. Andreski email and five separate
attachments in plaintiffs filing email to the honorable court. Additionally, plaintiff
submitting and filed all attachment "Exhibit# 9A" to the honorable court in plaintiffs federal
appeal case no. 24-2163, that related to plaintiffs MSPB Appeal "Opinion and Order" (1)
"Docket No.CH-0752-22-0331-I-1". Where plaintiffs filed an appeal before the honorable
United States Federal District Court for the Western District of Michigan (Southern Division)
SIXITH CIRCUIT civil division that pertained to plaintiffs MSPB disability discrimination Case
No. 1:24-cv-699.

- (12) (7 of 22 email) - Plaintiff Christopher J. Andreski five (5) separate attachments in
plaintiff email filing to the honorable court, pertains to plaintiffs' email attachments 1, 2, 3,
and 5 attachments, which plaintiff identifies 9A Form (1-10) 14-Pages in attachment 5.
While plaintiff outlines in attachment 1, 2, 3, attachments relating to plaintiff federal appeal
admin/civil "DISMISSED" Case No. 24-2163, that pertains to plaintiffs supporting detail
evidence and supporting documentation in plaintiff separate federal appeal admin/civil
court case matter, and that plaintiff was forced to represent himself in (Blacklisted). During
which time, the honorable United States Federal Court of Appeals for the Federal Circuit
Case No. 24-2163 accepted plaintiff case 1:24-cv-699 information to the honorable courts
docket case no. 24-2163.

- (12) (7 of 22 email) - Plaintiff Christopher J. Andreski detail supporting evidence and
supporting documentation regarding 4 of 5 attachment in plaintiff email pertains to
plaintiffs  summarized  detail timeline that consists of 66-pages, which plaintiff outlines
plaintiffs federal civil case details in plaintiffs federal appeal admin/civil dismissed case
matter before the honorable United States District Court for the Western District of
Michigan Civil Division Case No. 1:24-cv-699.

  13  Exhibit# 14-21 – "Email 8 of 22" - Plaintiff Christopher J. Andreski email attachment
  "Exhibits 14-21", plaintiff filed in both of plaintiff two separate federal appeal
  admin/civil case matters before the honorable federal courts. Which pertain to
  plaintiff's federal civil case no. 1:24-cv-699, and plaintiffs appeal MSPSB IRA "Final
  Order" federal admin/civil case no. 24-2163 matter that plaintiff outlined in "Email 8 of
  22".

- (13) Exhibit# 1-10 – (Email 8 of 22) – which pertains to Plaintiff Christopher J. Andreski email
attachment "Exhibit# 1-10" regarding the flying blinking "Weaponization" drone attacks,
that plaintiff identifies what appear to be the flying blinking drones IP Address names and IP
Wi-Fi Addresses that plaintiff identifies and describes in Exhibit# 1-10 for the honorable
court, in plaintiffs "Email 8 of 22" email attachment to the honorable court.

14  Exhibit# 9A Case Filing Pages 1-561 - Email 9 of 22 - Exhibit# 9A Case Filing Pages 1-561, that plaintiff Christopher J. Andreski filed through two emails that plaintiff identifies "Email 9 of 22" in plaintiffs second email filing attachment. Where plaintiff identifies in plaintiff "2 of 2" filing email attachment "pages 340-561", that pertains to plaintiffs "Exhibit# 9A Case Filing Pages 1-561" that is outlined in plaintiffs "Email 9 of 22" filing attachment to the honorable court.

15  Exhibit# 24 - Email 12 of 22 – Plaintiff Christopher J. Andreski email filing attachment plaintiff identifies in Exhibit# 24, that plaintiff outlines in "Email 12 of 22" filing attachment to the honorable court.

16  Exhibit# 27 – Pages 281-504 - Email 13 of 22 - Plaintiff Christopher J. Andreski email filing attachment plaintiff identifies in Exhibit# 27, "Pages 281-504" that plaintiff outlines in plaintiffs filing "Email 13 of 22" attachment to the honorable court.

17  Exhibit# Kent County Officer Recording "DEQ/EAGLE" - Email 13 of 22 – Plaintiff Christopher J. Andreski email filing police dispatch voice recording attachment Exhibit# 27, "Pages 281-504" that plaintiff outlines in plaintiffs filing "Email 13 of 22" attachment to the honorable court.

18  Exhibit# W - Email 14 of 22 - Plaintiff Christopher J. Andreski email filing to the honorable court that pertains to plaintiff deceased mother E/MI home residence, that plaintiff identifies the trickery and misleading bad faith bank schemes from "Well-Fargo Bank" that plaintiff identifies and outlines for the honorable court in Exhibit# W, "Email 14 of 22".

19  Email 15 of 22 – Exhibit# OSHA CASE - Plaintiff Christopher J. Andreski email filing police dispatch voice recording attachment Exhibit# OSHA CASE, that plaintiff outlines in plaintiffs filing "Email 15 of 22" attachment to the honorable court.

20  Email 15 of 22 – Exhibit# COVID-19 – Pages 1-57 - Plaintiff Christopher J. Andreski email filing attachment Exhibit# COVID-19 – Pages 1-57,  plaintiff outlines in "Email 15 of 22" filing attachment plaintiff overwhelming supporting documentation that pertain to plaintiffs numerous COVID-19 DOL/OWCP appeals. Which it still appears plaintiff USMS CA-2 Form COVID-19 USMS traumatic work injury still has not been accepted by DOL/OWCP, even with all plaintiffs supporting documentation. Which plaintiff still has fatigue, and still experiences being winded. Side Note: In plaintiffs' opinion there is no legal attorney cannot make any legal argument why the DOL/OWCP has not accepted plaintiff COVID-19 case, due to plaintiffs two separate COVID-19 positive tests, and plaintiffs' medical doctors' medical and other supporting medical COVID-19 evidence

that plaintiffs identifies how bad faith parties utilized their authority to engage in malice medical acts of fraud, waste, and abuse while engaging in "Weaponization" attacks by the "Demarcate Party" who impeded, interfered, and appears enticed others to engaged in medical bad faith acts and targeted protected 6c Federal Deputy US Marshal plaintiff. While most all the malice medical interference and medical malice acts occurred under the "Prior" US Administration (2021-2024). These malice medical acts are wrong, and corrective action is needed. While plaintiff hopes and prays that the honorable courts and the "New 2025 US Administration" can help keep the malice medical chucks mud out of the bucket of clean medical water for every US Citizen, every Federal Government employee , every protected 6c Federal Law Enforcement Officer/Agent, and every protected 6c Federal Deputy US Marshal "1811" health and well-being and living life.

21  Email 16 of 22 – Exhibit#  1 of 2 – Andreski Report Binder# 20 – Plaintiff Christopher J. Andreski exhibits identifies plaintiff USPS complaints from unknown bad faith parties under the "PRIOR" US Administration tampered with and stole plaintiffs receiving and sending personal "PII Sensitive Information" mail USPS mail. Which plaintiff reported fraud acts, and identity theft acts, to the Inspector General of the USPS. Moreover, bad faith parties stole and tampering with plaintiff personal medical mail, that plaintiff outlines in plaintiffs filing "Email 16 of 22" 1 of 2 filing email attachment to the honorable court.

22  Email 17 of 22 – Exhibit#  2 of 2 – Andreski Report Binder# 20 – Plaintiff Christopher J. Andreski exhibits identifies plaintiff USPS complaints from unknown bad faith parties under the "PRIOR" US Administration tampered with and stole plaintiffs receiving and sending personal "PII Sensitive Information" mail USPS mail. Which plaintiff reported fraud acts, and identity theft acts, to the Inspector General of the USPS. Moreover, bad faith parties stole and tampering with plaintiff personal medical mail, that plaintiff outlines in plaintiffs filing "Email 17 of 22", 2 of 2 filing email attachment to the honorable court.

23  Exhibit# 1-6 - Email 17 of 22 – Plaintiff Christopher J. Andreski email filing Exhibit# 1-6, plaintiff outlines in plaintiffs filing "Email 17 of 22" attachment to the honorable court.

24  Exhibit# 25 - Email 17 of 22 - Plaintiff Christopher J. Andreski email filing Exhibit# 25, plaintiff outlines in plaintiffs filing "Email 17 of 22" attachment to the honorable court.

25  Exhibit# 1 of 4 Color Tax Copy - Email 18 of 22 - Plaintiff Christopher J. Andreski email filing Exhibit# 1 of 4 Color Tax Copy, plaintiff outlines in plaintiffs filing "Email 18 of 22" attachment to the honorable court.

26  Exhibit# 2 of 4 Color Tax Copy Email 19 of 22 - Plaintiff Christopher J. Andreski email filing Exhibit# 2 of 4 Color Tax Copy, plaintiff outlines in plaintiffs filing "Email 19 of 22" attachment to the honorable court.

27  Exhibit# 3 of 4 Color Tax Copy - Email 20 of 22 - Plaintiff Christopher J. Andreski email filing Exhibit# 3 of 4 Color Tax Copy, plaintiff outlines in plaintiffs filing "Email 20 of 22" attachment to the honorable court.

28  Exhibit# Bank Loan Officer "Shaky" Voicemail - Email 20 of 22 – Plaintiff Christopher J. Andreski email filing Exhibit# Bank Loan Officer "Shaky" Voicemail, plaintiff outlines in plaintiffs filing "Email 20 of 22" attachment to the honorable court.

29  Exhibit# 4 of 4 Color Tax Copy - Email 21 of 22 - Plaintiff Christopher J. Andreski email filing Exhibit# 4 of 4 Color Tax Copy, plaintiff outlines in plaintiffs filing "Email 21 of 22" attachment to the honorable court.

On July 07 2025, plaintiff Christopher J. Andreski filed a three-page "EMERGENCY MOTION" filing email to the honorable Superior Court of the District of Columbia and civil court divisions, pertaining to emergency matters within the district of Columbia, (Washington, DC).

On July 09 2025, plaintiff Christopher J. Andreski two separate emails to the Attorney General Office of Washington, DC regarding the pattern of "Weaponization" attacks to plaintiff. Additionally, plaintiff requesting hardship relief, while plaintiff is forced to endure the pattern of "Weaponization" retaliation from the "Demarcate Party over five years and within the district of Columbia, (Washington, DC), which plaintiff provided Attorney General for the "District of Columbia eight separate detail attachments to explain and identified "Weaponization" attacks by defendants in plaintiffs federal admin/civil appeal matters, including the State of Michigan and the Demarcate Party.

30  Exhibit# 7 separate Unredacted FOIA requests to the USMS/OGC Special Counsel "Email 22 of 22" –Plaintiff Christopher J. Andreski denials plaintiffs unredacted FOIA requests USMS OGC Special, that pertain to the Plaintiff Christopher J. Andreski "OPEN-2019" USMS OPR-IA investigation from the "Prior US Administration (2021-2024).

In fact, over the five plus years of "Weaponization" attacks from and current federal, state, and local public officials, Michigan DEQ/Eagle officials and employees, that included other civil co-conspiring racketeering bad faith parties who appear to have close connection ties with former USMS W/ MI Acting Marshal, who engaged in bad faith "Weaponization" retaliation acts under the "Prior" US Administration (2021-2024) of fraud, waste, and abuse. Furthermore all plaintiffs unredacted "FOIA" requests that

USMS OGC Special Counsel identifies the pattern of evil while knowingly, willingly, and wantonly engaged in malice violations that violated "5 USC & 8105 (a)(b)" by plaintiffs employer who in fact were engaging in acts of retaliation with the former USMS W/MI employee, and his points of special circle hugging group of contacts, who appear were or are in federal, state, local "Demarcate Party" short-term public officials destroyed every aspect of plaintiff USMS protected 6c Federal Deputy US Marshal "1811" career, plaintiff all-around living life, while continuing to impact and destroy plaintiffs W/MI home residence and personal property. Additionally, bad faith parties have impacted, and caused extreme duress to members of plaintiffs' family members, and for loved one from the former USMS W/MI employee who utilized his USMS position and authority for personal gain, that pertained to the former W/MI USMS employee who appears was forced to retire because of the former W/MI USMS employee was engaging in obtuse and bad faith in the "Pure" W/MI USMS District (rural area) for over thirty years for personal gain, powers for the purposes of fraud, waste, and abuse and to "control" every W/MI USMS employee outside personal life, who were assigned to the W/MI USMS District, that plaintiff outlines in plaintiffs court filing "Email 22 of 22" attachment to the honorable court.

Other District of Columbia relevant documented email "EMERENGCY MOTION" court filings to DC Superior Court, from plaintiff Christopher J. Andreski email address: Andreskichris@yahoo.com that identifies plaintiff non-legal attorney counsel experience exhausted requests help and hardship relief from Superior Court for the District of Columbia Court Civil Divisions, and the Attorney General Office for Superior Court for the District of Columbia that plaintiff identifies in plaintiff "Emails 1 - 22" and plaintiffs email court filing "Proof of Service" to all civil parties at Superior Court for the District of Columbia, including the Attorney General's Office for the District of Columbia.

Plaintiff Christopher J. Andreski

Address: 12491 Woodland Park Dr. NE

Belding, MI 48809

Mobile: 586-321-4113

Email: Andreskichris@yahoo.com

07-31-2025

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Christopher J. Andreski
_____
Plaintiff

vs.

**2025 - 05024**

US Department of Justice "etql."
_____
Defendant

Case Number

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Filer: Christopher J. Andreski
_____
Name of Plaintiff's Attorney

12491 Woodland Park dr. NE
_____
Address
Belding, MI 48809
_____
586-321-4113
_____
Telephone
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Dè có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주십시오.       የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

Clerk of the Court

By _____
Deputy Clerk

Date _____

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

_____
                    Demandante

contra

_____          Número de Caso: _____
                    Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_SECRETARIO DEL TRIBUNAL_

_____
Nombre del abogado del Demandante

                         Por: _____
_____                    Subsecretario
Dirección

                         Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bản dịch, hãy gọi (202) 879-4828
한국어로 번역을 원하시면 (202)879-4828로 전화주십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH

INFORMATION SHEET

CHRISTOPHER J. ANDRESKI
Plaintiff(s)

vs

U.S. Department of Justice "et al.",
Defendant(s)

Case Number: **2025 - 05024**

Date: 07-31-2025

☐ One of the defendants is being sued in their official capacity.

| Name: *(Please Print)* Filer - CHRISTOPHER J. ANDRESKI | Relationship to Lawsuit |
|---|---|
| Firm Name: | ☐ Attorney for Plaintiff |
| | ☐ Self (Pro Se) |
| Telephone No.:       DC Bar No.: | ☑ Other: Disabled Deputy US marshal |

TYPE OF CASE:  ☑ Non-Jury       ☐ 6 Person Jury       ☐ 12 Person Jury

Demand: $_____       Other: DEMAND $ - Attached in plaintiff exhibits

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____  Judge:_____  Calendar #:_____

Case No.:_____  Judge:_____  Calendar #:_____

---

**NATURE OF SUIT:**   *(Check One Box Only)*

**CONTRACT**
- ☑ Breach of Contract
- ☑ Breach of Warranty
- ☐ Condo/Homeowner Assn. Fees
- ☐ Contract Enforcement
- ☐ Negotiable Instrument

**COLLECTION/INS. SUB**
- ☐ Debt Collection
- ☐ Insurance Subrogation
- ☐ Motion/Application for Judgment by Confession
- ☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**
- ☐ Breach of Contract
- ☑ Discrimination
- ☑ Wage Claim
- ☑ Whistle Blower
- ☑ Wrongful Termination

**REAL PROPERTY**
- ☐ Condo/Homeowner Assn. Foreclosure
- ☐ Declaratory Judgment
- ☐ Drug Related Nuisance Abatement
- ☐ Ejectment
- ☐ Eminent Domain
- ☐ Interpleader
- ☑ Other
- ☐ Quiet Title
- ☐ Specific Performance

- ☐ **FRIENDLY SUIT**
- ☐ **HOUSING CODE REGULATIONS**
- ☑ **QUI TAM**
- ☐ **STRUCTURED SETTLEMENTS**

**ADMINISTRATIVE PROCEEDINGS**
- ☑ Administrative Search Warrant
- ☐ App. for Entry of Jgt. Defaulted Compensation Benefits
- ☐ Enter Administrative Order as Judgment
- ☐ Libel of Information
- ☐ Master Meter
- ☑ Petition Other

- ☐ Release Mechanics Lien
- ☐ Request for Subpoena

**MALPRACTICE**
- ☑ Medical – Other
- ☑ Wrongful Death

**AGENCY APPEAL**
- ☐ Dangerous Animal Determination
- ☐ DCPS Residency Appeal
- ☐ Merit Personnel Act (OEA)
- ☐ Merit Personnel Act (OHR)
- ☑ Other Agency Appeal

☑ **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT**

CV-496/February 2023

*RULES DO NOT APPLY*

# Information Sheet, Continued

| CIVIL ASSET FORFEITURE | TORT |
|---|---|
| ☐ Currency | ☒ Abuse of Process |
| ☒ Other | ☒ Assault/Battery |
| ☐ Real Property | ☐ Conversion |
| ☒ Vehicle | ☒ False Arrest/Malicious Prosecution |
| **NAME CHANGE/VITAL RECORD AMENDMENT** | ☒ Libel/Slander/Defamation |
| ☐ Birth Certificate Amendment | ☒ Personal Injury |
| ☐ Death Certificate Amendment | ☒ Toxic Mass |
| ☐ Gender Amendment | ☒ Wrongful Death (Non-Medical Malpractice) |
| ☐ Name Change | |

| GENERAL CIVIL | | STATUTORY CLAIM |
|---|---|---|
| ☐ Accounting | ☐ Product Liability | ☐ Anti – SLAPP |
| ☒ Deceit (Misrepresentation) | ☐ Request for Liquidation | ☐ Consumer Protection Act |
| ☒ Fraud | ☐ Writ of Replevin | ☐ Exploitation of Vulnerable Adult |
| ☒ Invasion of Privacy | ☐ Wrongful Eviction | ☒ Freedom of Information Act (FOIA) |
| ☐ Lead Paint | **CIVIL I/COMPLEX CIVIL** | ☒ Other |
| ☐ Legal Malpractice | ☒ Asbestos | **TAX SALE FORECLOSURE** |
| ☐ Motion/Application Regarding Arbitration Award | **MORTGAGE FORECLOSURE** | ☐ Tax Sale Annual |
| ☒ Other - General Civil | ☒ Non-Residential | ☐ Tax Sale Bid Off |
| | ☒ Residential | |

| VEHICLE | |
|---|---|
| ☐ Personal Injury | ☐ **TRAFFIC ADJUDICATION APPEAL** |
| ☐ Property Damage | ☐ **REQUEST FOR FOREIGN JUDGMENT** |

_____
Filer/Attorney's Signature

07-31-2025
_____
Date



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**500 Indiana Avenue, NW, Washington, DC 20001**
**(202) 879-1010 | www.dccourts.gov**

FILED
CIVIL DIVISION

JUL 3 1 2025

Superior Court of the
District of Columbia

Case Caption: _____    Case Number: 2 0 2 5 - 0 5 0 2 4

# APPLICATION TO WAIVE COURT COSTS AND FEES

*This application and any financial information provided therein will be treated as confidential except to the court, authorized court personnel, the applicant and persons authorized by the applicant or as ordered by the court.*

I, _____ **CHRISTOPHER J. ANDRESKI** _____ am the: *(check one)*
(*Your Name*)

☒ Plaintiff/Petitioner          ☐ Filer
☐ Defendant/Respondent     ☐ Intervenor/Proposed Intervenor
☐ Guardian                     ☒ Other: Disabled Deputy US Marshal 1811

I respectfully ask that I not be required to pay court fees in this case for the following reason(s):

**1. I, or my dependent, receive financial help from one or more of the following programs:**
*(check all that apply)*

☐ Child Care Subsidy/Voucher Program
☐ Close Relative Caregiver Pilot Program (CRCP)
☐ Domiciliary Care for Homeless Veterans (DCHV)
☐ Free and Reduced-priced Meals (FARM)
☐ General Assistance for Children (GAC)
☐ Grandparent Caregivers Program (GCP)
☐ Head Start Program
☐ Health Care for Homeless Veterans (HCHV)
☐ Home First Subsidy Program
☐ Homeless Veteran Community Employment Services Program (HVCES)
☐ Housing Choice Voucher Program (HCVP)
☐ Interim Disability Assistance (IDA)
☐ Low Income Home Energy Assistance Program (LIHEAP)
☐ Local Rent Supplement Program (LRSP)
☐ Medicaid or D.C. HealthCare Alliance
☐ Permanent Supportive Housing (PSH)
☐ Program on Work, Employment, and Responsibility (POWER)
☐ Project-Based Section 8 Rental Assistance

☐ Public Housing
☐ Qualified Medicare Beneficiary Program (QMB)
☐ Rapid Rehousing Program (RRH) including Flex and CareerMap
☐ Section 202 Supportive Housing for the Elderly Program
☐ Section 811 Housing for Persons with Disabilities Program
☐ Social Security Disability Insurance (SSDI)
☐ Special Supplemental Nutrition Program for Women, Infants and Children (WIC)
☐ Supplemental Nutrition Assistance Program (SNAP)
☐ Supplemental Security Income (SSI)
☐ Supportive Services for Veteran Families (SSVF)
☐ Targeted Affordable Housing (TAH)
☐ Temporary Assistance for Needy Families (TANF)
☐ U.S. Department of Housing and Urban Affairs – Veterans' Affairs Supportive Housing (HUD-VASH) Program
☐ Veterans Affairs Supportive Housing
☐ Veterans' Pensions or Pensions to Surviving Spouses and Children

*(If you checked any of the boxes in Question 1 - STOP and do not answer Questions 2 through 9. Go directly to the Declaration section on page 3. If you did not check any of the boxes in Question 1, go to Question 2.)*

*RULES DO NOT APPLY*

**2. I am represented free of charge by a legal services or other nonprofit organization whose primary purpose is to provide legal services to low-income clients, or by a legal clinic operated by a law school located in the District of Columbia that provides legal services to low-income clients.** *(See Appendix for a list of organizations and law schools.)*

☐ Yes. Name of Organization: Plaintiff has been placed on a blacklist by bad faith defendants.

*(If you answered yes to Question 2 - STOP and do not answer Questions 3 through 9. Instead, go directly to the Declaration section on page 3.)*

☑ No *(If no, answer Question 3.)*

**3. I believe that my monthly income does not exceed 200% of the federal poverty guidelines issued by the U.S. Department of Health and Human Services.** *(See Appendix).*

☑ Yes. My monthly income is $ 0.00 and I have n/a people (including me) in my family/household.

*(If you answered yes to Question 3 - STOP and do not answer Questions 4 through 9. Go directly to the Declaration section on page 3.)*

☐ No *(If no, answer Questions 4 through 9.)*

**4. I am presently:**

☐ employed. My annual salary is $ See Attachment .

☐ unemployed. The last date I worked was See Attachment , 2021 .
                                            *(Month)*        *(Year)*

**5. The number of people who depend on me for financial support:** See Attachment . Of those, 0 are minor children or elderly.

**6. I have a total of $** Negative -$992.00 **in cash, including money in bank accounts.**

**7. I own the following vehicles, real estate, or other valuable property:** *(list all items)*

The USMS and Defendants illegally terminated plaintiffs protected 6c federal LEO Enhanced Disability *INCORRECT finanical

benifits in July 2025, then bad faith parties stole plainitffs I-Phone in dc, as plainitff has no money please see attachment.

**8. This is my best estimate of the monthly expenses for me and the people who depend on me for financial support:**

| Expense | Monthly Amount |
|---|---|
| Housing (such as rent, mortgage, taxes, insurance): | $See Attachment |
| Utilities (such as gas, electric, water, phone, internet): | $See Attachment |
| Food and household necessities: | $See Attachment |
| Child-related expenses (such as childcare, diapers): | $See Attachment |
| Health (such as medical, prescriptions, dental, vision, insurance): | $See Attachment |
| Transportation (such as vehicle loan, gas, insurance, metro, buses): | $See Attachment |
| Other debt and expenses: | $See Attachment |
| **Total Estimated Monthly Expenses:** | $See Attachment |

RULES DO NOT APPLY

**9. Other circumstances that I want the judge to consider in support of my request are:** *(explain any other reasons, such as any child support orders, large monthly expenses, debts, wage or bank account garnishments, or judgments)*

Plaintiff has been dealing with the "Weaponization attacks of fraud, waste, and abuse, and intentional harmful acts from all

obtuse defendants, "Pure" State of Michigan corrupt public officials, including other unknown bad faith parties. Moreover,

defendants and bad faith parties continue to impede, interfere, influence, and entice others to engage in disability discrimination,

intentional harmful retaliation "Weaponization" acts that are harming plaintiffs health and well-being, and living disabled life.

## DECLARATION

I solemnly swear or affirm under criminal penalties for the making of a false statement, which include 180 days in jail or a $1,000 fine or both, that I have read this Application and that the factual statements made in it are true to the best of my personal knowledge, information and belief.

_____          07-31-2025
Signature                                         Date

12491 Woodland Park Dr. NE                586-321-4113
Street Address                                   Telephone

Belding, MI 48809                         Andreskichris@yahoo.com
City, State, Zip Code                         Email address

| To be completed by Superior Court Staff Only | | | |
|---|---|---|---|
| This Application to Waive Court Costs and Fees has been reviewed and approved by: | | | |
| Signature | Printed Name | Title | Date |
| | | | |

## Appendix to Application to Waive Cost and Fees

### I.    Law Schools

American University Washington College of Law
Catholic University of America Columbus School of Law
George Washington University Law School
Georgetown University Law Center
Howard University School of Law
University of the District of Columbia David A. Clarke School of Law

### II.    Examples of Legal Service Organizations

Advocates for Justice and Education
Asian Pacific American Legal Resource Center
Ayuda
Bread for the City Legal Clinic
Capital Area Immigrants' Right Coalition
Catholic Charities Legal Network of the
   Archdiocese of Washington
Central American Resource Center
Children's Law Center
Christian Legal Aid of DC
DC Bar Pro Bono Center
DC Kincare Alliance
DC Volunteer Lawyers' Project
Disability Rights DC at University Legal Services
First Shift Justice Project
Human Rights First
Legal Aid DC

Legal Counsel for the Elderly
Mother's Outreach Network
Neighborhood Legal Services Program
Network for Victim Recovery DC
Open City Advocates
Public Defender Service for the District of Columbia
Quality Trust for Individuals with Disabilities
Rising for Justice
Safe Sisters Circle
School Justice Project
The Amara Legal Center
Tzedek DC, Inc
US Committee for Refugee & Immigrant Children
Washington Lawyers' Committee for Civil Rights &
   Urban Affairs
Washington Legal Clinic for the Homeless
Whitman-Walker Clinic Legal Services Program

### III.    U.S. Federal Poverty Guidelines[1]

The secretary of the Department of Health and Human Services establishes the Federal Poverty Guidelines annually. The chart below outlines the maximum monthly income per household size based on 200% of the U.S. Federal Poverty Guidelines for 2025.

| Household Size | Maximum Monthly Income |
|---|---|
| 1 | $2,608 |
| 2 | $3,525 |
| 3 | $4,442 |
| 4 | $5,358 |
| 5 | $6,275 |
| 6 | $7,192 |
| 7 | $8,108 |
| 8 | $9,025 |
| 9 | $9,942 |
| 10 | $10,858 |
| 11 | $11,775 |
| 12 | $12,692 |
| 13 | $13,608 |
| 14 | $14,525 |

---

[1] 90 Fed. Reg. 5917 (Jan. 17, 2025); D.C. Code § 15-712(a)(1)(C).

**"RULES DO NOT APPLY"**
**"FILING UNDER SEAL"**

JULY 3/ , 2025

**Superior Court of the District of Columbia**

**CIVIL DIVISION – Civil Action Branch**

**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**

**CHRISTOPHER J. ANDRESKI,**

      **Plaintiff,**

**v.**

                                                             **Case**

**United States Department of Justice "et al.",**

**Unknown Parties,**

**Defendants.**

**"EXPIDETE" "Rules Do Not Apply"**

**"Extraordinary Circumstances"**

**"EXPIDETE" "EMERGENCY MOTION" "Request for Affirmative Relief" for the honorable court and ethical "court clerks office" to "ORDER TO PROCEED IN FORMA PAUPERIS" in all plaintiff Christopher J. Andreski admin/civil court matters, civil/admin hardship court matters, and**

**"Extraordinary Circumstances" civil/admin court matters.**

**"Expedite" "PRIOR" to opening civil case filing "EMERGENCY MOTION" "Court Judicial Notice" plaintiff Christopher J. Andreski "request relief" for the honorable court who accept plaintiff two separate federal appeal admin/civil "ORDER TO PROCEED IN FORMA PAUPERIS" requests that were granted by the United States District Court for the Western District of Michigan Dismissed Case# 1:24-cv-699, and separate appeal admin/civil United States Federal Court of Appeals for the Federal Circuit dismissed case# 24-2163. Moreover,  plaintiff would respectfully, "request relief" that this honorable court to recognize, accept plaintiffs two sperate federal court prior granted motions of "request relief" requests "ORDER TO PROCEED IN FORMA PAUPERIS", for this honorable court to grant plaintiffs affirmative relief request, and allow plaintiff to proceed under "IN FORMA PAUPERIS" for all plaintiff admin/civil court proceeding, hardship relief matters, including all plaintiffs' "Extraordinary Circumstances" court proceeding matters before this honorable court.**

"RULES DO NOT APPLY"
"FILING UNDER SEAL"

Furthermore, plaintiff Christopher J. Andreski would also respectfully "request permission" for the honorable court and the "court clerk's office" to recognize that plaintiff is a Protected 6C Federal injured and disabled Deputy US Marshal "1811", that falls under "Special Rules" which plaintiff is "requesting permission" for the honorable "Court Take Judicial Notice" and 'Expedite' all plaintiffs' "Request Relief" admin/civil court matters, at this time.

Additionally, plaintiff must inform the honorable court and ethical "court clerk's office", due to the severity of bad faith events, and "extraordinary circumstances", from certain obtuse defendants, special prior and current federal, state, and local public in State of Michigan, and the unknown third-parties who in fact has knowingly, willingly, and wantonly, engaged intentional harmful "Weaponization" acts towards plaintiff health and well-being, medical impeding and medical interference, admin/civil court impeding and interference. Which the bad faith parties also engaged in fraud, waste, and abuse to plaintiff Christopher J. Andreski Protected 6c Special Federal LEO Enhanced Disability Benefits that were recently "TERMINIATED" (No Big Deal Right). Which obtuse and cowardly defendants and bad faith parties just continuously could not help themselves from engaging in the buffet of evil retaliatory attacks towards plaintiff and decided to engaged in unlawful acts to attacks W/MI home residence (Address: 12491 Woodland Park Dr. NE, Belding, MI 48809), plaintiffs' personal property, and even "destroyed" plaintiff personal vehicle.

Therefore, plaintiff would respectfully request the honorable court and the ethical "court clerk's office" to grant all plaintiffs "request relief" motions, and take in consideration what plaintiff has been forced to endure for over five plus years in consideration for the honorable court, and ethical "court clerks' office" to grant plaintiff "ALL" "request relief" motion requests. Thank you and God Bless.

Plaintiff Christopher J. Andreski

Address: 12491 Woodland Park Dr. NE

Belding, MI 48809

Phone: 586-321-4113
Email: Andreskichris@yahoo.com

07-31-2025

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER J. ANDRESKI,

    Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE, et al.,

    Defendants.

Hon. Paul L. Maloney

Case No. 1:24-cv-00699

## ORDER TO PROCEED IN FORMA PAUPERIS

IT IS ORDERED that Plaintiff may commence this action without prepayment of fees or costs or security therefor. Any pleadings herein served by the United States Marshal shall be at the expense of the United States government. All costs shall be reimbursed to the United States government should the Plaintiff prevail.

IT IS FURTHER ORDERED that Plaintiff shall serve upon Defendants or, if appearance has been entered by an attorney, upon the attorney, a copy of every further pleading or other document submitted for consideration by the Court. The Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the date a true and correct copy of any document was mailed to Defendants or the attorney(s). Any paper received by a District Judge or Magistrate Judge which has not been filed with the Clerk or which fails to include a certificate of service will be disregarded by the Court.

IT IS FURTHER ORDERED that Plaintiff must keep the Court apprised of plaintiff's current address and shall notify the Court within ten days when plaintiff's mailing address changes. Local Civil Rule 41.1 provides that "[f]ailure of a plaintiff to keep the Court apprised of a current address shall be grounds for dismissal for want of prosecution." W.D.Mich. LCivR 41.1.

Date: July 8, 2024

/s/ Phillip J. Green
PHILLIP J. GREEN
U.S. Magistrate Judge



NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**CHRISTOPHER J. ANDRESKI,**
*Petitioner*

v.

**DEPARTMENT OF JUSTICE,**
*Respondent*

---

2024-2163

---

Petition for review of the Merit Systems Protection Board in No. CH-1221-22-0418-W-1.

---

## ON MOTION

---

## O R D E R

Upon consideration of Christopher J. Andreski's motion for leave to proceed *in forma pauperis*,

IT IS ORDERED THAT:



2                                                              ANDRESKI v. DOJ

The motion is granted.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

August 7, 2024
Date

FILED
CIVIL DIVISION
JUL 3 1 2025
Superior Court of the
District of Columbia

1 of 1

"Emergency Motion"

"Rules Do Not Apply"

"Expedite"

June 27, 2025

2025 - 05024



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA 500 Indiana Avenue, NW, Washington, DC 20001 (202) 879-1010 | www.dccourts.gov**

**CIVIL DIVISION – Civil Action Branch**

**"Emergency Motion" to email address: civilefilings@dcsc.gov.**

**Plaintiff/Other Christopher J. Andreski**

Plaintiff/Other Christopher J. Andreski respectfully requesting the honorable court to review all plaintiffs admin/civil matters, and to include the most recent "Weaponization" malice attacks from special cowardly individuals in the "Pure State of Michigan," who appear have broken into plaintiffs W/MI home residence and it appear bad faith parties destroyed all plaintiffs personal life belongings, family photos, priceless pieces of "Art", while plaintiff is still fighting for plaintiffs life, protection and which involves plaintiff emergency health care, file a petition for the appointment of a temporary 21-day emergency guardian. This type of petition is referred the day that it is filed to the emergency Judge-in-Chambers at the Court for hearing.

*[signature]*

07-31-2025

Page 1 of 1

**"RULES DO NOT APPLY"**
**"FILING UNDER SEAL"**

**JULY 30, 2025**

⑯

**Superior Court of the District of Columbia**

**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**

**"Civil Division" – Civil Action Branch**

```
FILED
CIVIL DIVISION
JUL 3 1 2025
Superior Court of the
District of Columbia
```

**CHRISTOPHER J. ANDRESKI,**

    **Plaintiff,**

**v.**

Case

**United States Department of Justice "et al.",**

**2025 = 05024**

**Unknown Parties,**

**Defendants.**

**Filing Under "SEAL"**

**Plaintiff Christopher J. Andreski "EMERGENCY MOTION" - "Extraordinary Circumstances" pertaining to plaintiffs Hardship "Request Relief" request.**

1. **Plaintiff Christopher J. Andreski "EMERGENCY MOTION" "SEAL" "Expedite" "Extraordinary Circumstances" filing "Request Relief" for the honorable "Court Take Judicial Notice" to immediately release the United States District Court Western District of Michigan Southern Division "JUDGEMENT" as required by Rule 58 of the Federal Rules of Civil Procedure, JUDGEMENT ENTERS Case No. 1:24-cv-699. Plaintiff has attached Judgement Motion, Case No. 1:24-cv-699, dated December 4, 2024 to this motion for the honorable court to review.**

        **Plaintiff Christopher J. Andreski**

        **Address: 12491 Woodland Park Dr. NE**

        **Belding, MI 48809**

        **Phone: 586-321-4113**

        **Email: Andreskichris@yahoo.com**

07-31-2025

**"RULES DO NOT APPLY"**

**"Expedite" "EMERGENCY MOTION" for the honorable "Court Take Judicial Review" to Plaintiff Christopher J. Andreski is filing before the honorable court and ethical court clerk's office, pursuant to 28 U.S.C. § 1746 (4) Clerk's Refusal of Documents. The clerk must not refuse to accept for filing any paper presented for that purpose solely because it is not presented in proper form as required by these rules or by any local rule or practice.**

**JULY 30, 2025**



**Superior Court of the District of Columbia**

**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**

**"CIVIL DIVISION" – Civil Action Branch**

FILED
CIVIL DIVISION
JUL 3 1 2025
Superior Court of the
District of Columbia

**CHRISTOPHER J. ANDRESKI,**

      **Plaintiff,**

**v.**

**Case**

**United States Department of Justice "et al.",**

**Unknown Parties,**

**Defendants.**

**2025 - 05024**

**"RULES DO NOT APPLY"**

**Plaintiff Christopher J. Andreski** *"PRIOR"*

**"EXPEDITE" "EMERGENCY MOTION", for plaintiffs the honorable court to grant plaintiffs "Expedite" hardship "Relief Request" "Summary and Judgement" due to plaintiff emergency hardship "Extraordinary Circumstances".**

Plaintiff Christopher J. Andreski Hardship "Expedite" "EMERGENCY MOTION" for plaintiffs "Summary and Judgement" that plaintiff identifies in plaintiffs "SEALED" civil court filings and plaintiffs "SEALED" court email and hand delivery civil court filing submissions that plaintiff filed before the honorable court. Moreover, plaintiff "request relief" for plaintiff be allowed to file to the honorable court by plaintiff Christopher J. Andreski personal email Address: Andreskichris@yahoo.com due to the "Extraordinary Circumstances", and to allow plaintiff permission to allow plaintiff to file by hand delivery to the honorable court and to the ethical court clerk's office pursuant to 28 U.S.C. § 1746 (4) Clerk's Refusal of Documents.

## "RULES DO NOT APPLY"

**"Expedite" "EMERGENCY MOTION" for the honorable "Court Take Judicial Review" to Plaintiff Christopher J. Andreski is filing before the honorable court and ethical court clerk's office, pursuant to 28 U.S.C. § 1746 (4) Clerk's Refusal of Documents. The clerk must not refuse to accept for filing any paper presented for that purpose solely because it is not presented in proper form as required by these rules or by any local rule or practice.**

**The clerk must not refuse to accept for filing any paper presented for that purpose solely because it is not presented in proper form as required by these rules or by any local rule or practice (28 U.S.C. § 1746 (4) Clerk's Refusal of Documents.), for the honorable "Court Take Judicial Review" pursuant to Title 38 U.S.C. & 502".**

**Plaintiff Christopher J. Andreski**

**Address: 12491 Woodland Park Dr. NE**

**Belding, MI 48809**

**Phone: 586-321-4113**

**Email: Andreskichris@yahoo.com**

09-30-2025

"RULES DO NOT APPLY"
"FILE UNDER SEAL"
"EXPIDITE"



## Superior Court of the District of Columbia

### CIVIL DIVISION – Civil Action Branch

#### 500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001

**CHRISTOPHER J. ANDRESKI,**

    **Plaintiff,**

v.

**United States Department of Justice "et al.",**

**Unknown Parties,**

**Defendants.**

```
                    FILED
                  CIVIL DIVISION
                  JUL 3 1 2025
                Superior Court of the
                District of Columbia
```

**Case**

**2025 - 05024**

"EXPEDITE"

"Filing under SEAL"

"CHANGE OF VENUE"

"EXPEDITE" "EMERGENCY MOTION" "Extraordinary Circumstances"

**Plaintiff Christopher J. Andreski "Expedite" "PRIOR" to opening civil case filing "EMERGENCY MOTION" for the honorable "Court Judicial Notice" and grant plaintiffs request for a "CHANGE OF VENUE" pursuant to Section 1404(a) of Title 28 and "in the interest of justice", the honorable court grant plaintiffs "request relief" "Extraordinary Circumstance" request.**

**Furthermore, defendants, the State of Michigan, and unknown third-parties who all have and continue to engage in the intentional harming "Weaponization" retaliations attacks, and disability discrimination acts for the purposes of intentionally harming, to follow the extreme pain, and suffering to injured and disabled plaintiffs' health and well-being, plaintiffs W/MI home residence, plaintiffs personal property, members of plaintiff family and plaintiffs prior loved one, along with plaintiff all-around life.**

**"RULES DO NOT APPLY"**
**"FILE UNDER SEAL"**
**"EXPIDITE"**

Moreover, in plaintiff non-legal attorney experience opinion, no "US Citizen" should "EVER" have to experience, or embrace any such intentional harmful conduct to any US Citizen's life, liberties or freedoms in the United States of America. Which plaintiff will request the honorable court take plaintiff opinion comment in consideration, in plaintiff hopes and prays to "God" the honorable court and the ethical clerks' office will grant plaintiffs' "Change of Venue" "request relief" motion request that plaintiff filed before the honorable court. Thank you, and God Bless.

Christopher J. Andreski

Address: 12491 Woodland Park Dr. NE

Belding, MI 48809

Phone: 586-321-4113

Email: Andreskichris@yahoo.com

07-31-2025

"RULES DO NOT APPLY"
"EMERGENCY MOTION"
"PLEASE HELP"



JULY 30, 2025

**Superior Court of the District of Columbia**

**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**

**CIVIL DIVISION – Civil Action Branch**

**CHRISTOPHER J. ANDRESKI,**

      **Plaintiff,**

> FILED
> CIVIL DIVISION
> JUL 3 1 2025
> Superior Court of the
> District of Columbia

**v.**

                                                      **Case**

**United States Department of Justice "et al.",**

**Unknown Parties,**

**Defendants.**

                                  **2025 - 05024**

**"EXPEDITE"**

**"Filing under SEAL"**

**"EXPEDITE" "EMERGENCY MOTION" "Extraordinary Circumstances"**

Plaintiff Christopher J. Andreski "Expedite" "PRIOR" to opening civil case filing "EMERGENCY MOTION" "Court Judicial Notice" during this "Extraordinary Circumstances" due to bad faith defendants, the State of Michigan, and unknown third-parties who all have and continue to engage in the "Weaponization" retaliations attacks, and disability discrimination acts to intentionally harm plaintiffs' health and well-being, and injured and disabled body and all-around life. Moreover, all defendants and unknown third -parties continue to engage in these intentional harmful and torturous acts that are depriving and harming plaintiff to body, and living life. Therefore, plaintiff would request that the honorable court immediately reinstate plaintiffs' "CORRECT" protected 6c federal LEO Special Disability "FECA" financial benefits, and have the US Marshal provide Hotel, Food, and a USMS Detail Transportation during the duration for all plaintiffs future civil court proceedings within the District of Columbia, so plaintiff does not "DIE", and so plaintiff does not have to continue to endure the torturous acts of starvation, and sleeping on the streets for the past month, because all cowardly and obtuse defendants, and unknown third-parties continue to engage in "Weaponization" acts that are depriving plaintiff of his US Constitutional Civil Rights, to include depriving plaintiff

"RULES DO NOT APPLY"
"EMERGENCY MOTION"
"PLEASE HELP"

from being able to purchase food, water, hotel shelter during plaintiff extended tortuous visit in the District of Columbia, (Washington, DC).

Plaintiff has provided a short summary list for the honorable court that plaintiff outlines the most recent bad faith incidents below.

1. Fraud to all plaintiffs protected 6c Federal LEO Special disability enhanced financial FECA benefits and medical benefits.

2. Defendants, and bad faith parties have hired unknown third-parties to engage in domestic terrorizing "Weaponization" attacks to impede and interfere in all plaintiff living life, and all plaintiff's admin/civil courts proceeding.

3. Bad faith unknown bad faith parties broke in and stole or destroyed plaintiff federal admin/civil court evidence, and appears tampered with, and destroyed all plaintiff life personal and family property inside plaintiff W/MI home residence in June of 2025, where plaintiff W/MI local law enforcement "failed to intervene" by refusing to stop the unknown bad faith parties. Which it appears was influenced by the corrupt local short-term elected rural local Sheriff that plaintiff reported to the DOJ Criminal Division under the "Prior" US Administration (2021-2024) and presently regarding the Fraud, Waste, and Abuse, and prior unethical conduct for 'Failure to Intervene" back dating from 2019, 2020, 2022, 2023, 2024, and now 2025. That is call a pattern......

4. In June 2025, bad faith parties engage in another bad faith act that pertains to impeding and interfering with plaintiff medical, at Walgreens Pharmacy in Arlington, VA. (18 USC 1922).

5. Plaintiffs protected 6c Federal LEO Special disability enhanced financial "INCORRECT" FECA benefits have been reduced in June of 2025 by defendants and the US Marshal Service.

6. Plaintiffs protected 6c Federal LEO Special disability enhanced financial "INCORRECT" FECA benefits have been recently terminated in July of 2025 by defendants and the US Marshal Service.

7. Unknown parties in the State of Michigan are hacking and stealing all plaintiffs PII Sensitive Information, mail, and closing out plaintiffs W/MI home residence 12491

"RULES DO NOT APPLY"
"EMERGENCY MOTION"
"PLEASE HELP"

Woodland Park Dr. NE Belding, MI 48809 personal cable, and internet accounts, which is another "Trickery Scheme" bad faith act (18 U.S.C. 1001).

8. Plaintiff made a last exhausted low financial withdraw from plaintiff TSP Account due to the cowardly defendants terminating plaintiffs protected 6c Federal LEO Special disability enhanced financial "INCORRECT" FECA benefits, which was supposed to be direct deposited into plaintiff checking account, and was confirmed by a TSP Agent, but TSP mailed plaintiff TPS exhausted withdraw to plaintiff W/MI home residence. Which it appears defendants, and the USMS OGC Special Counsel have engaged in another obtuse "Weaponization" retaliation act to deprive plaintiff of his forced low amount TPS exhausted funds, so injured and disabled can buy food, water, hotel room, supply, medicine, including underwear socks, and clothes, while plaintiff is a "Prisoner or a Civil War" and is fighting for plaintiffs, health and wellbeing, protected 6c federal LEO Special Disability Benefits, and other benefits, including protection for plaintiff life from defendants and bad faith parties in the "District of Columbia" Washington, DC.

9. Plaintiff now has no money to make paper copies of plaintiffs supporting civil filing submissions of evidence, that plaintiff provide by email to the Attorney General Office of the District of Columbia, in Washington DC.

10. Plaintiff now has no money to buy a hotel room in the district of Columbia, (Washington, DC), so plaintiff is forced to sleep on the streets, and/or most nights in front of the MLK Library located in Washington, DC, which is affecting plaintiff injured and disabled body's health and well-being.

11. Plaintiff has no money to buy a new phone, from the unknown hired third-parties stole from plaintiffs' person when plaintiff was exhausted and sleeping on a public bench in the civil center (Washington, DC) where a nearby surveillance camera was located and operated by the "Special Police", that informed plaintiff that plaintiff needed a subpoena to review any camera footage which was stated in front of the MPD officer on July 26, 2025 (MPD CCN# 25112897 ), while the large special police officer was smiling at plaintiff, which was a indicator to plaintiff that the Special Police in the civil center in the District of Columbia may have been enticed or notified about plaintiff and plaintiff civil cases which would be another violation of Title 29 & 2615 Prohibited acts (a) Interference with rights, (1) exercise of rights. It

**"RULES DO NOT APPLY"**
**"EMERGENCY MOTION"**
**"PLEASE HELP"**

shall be unlawful for any employer to interfere with, restrain, or deny the exercise of or attempt to exercise, any right under this subchapter (2), (b)(1)(2)(3).

12. Plaintiff cannot access either of plaintiff email accounts, because plaintiff does not have money to buy another phone, and bad faith unknown parties have hacked into plaintiff other email account.

13. Any help from the honorable court would be greatly appreciated, and recovering plaintiff iPhone that plaintiff knows the FBI could find, as plaintiff did not shutdown plaintiff phone for that reason.

Christopher J. Andreski

Address: 12491 Woodland Park Dr.

Belding, MI 48809

Phone: 586-321-4113

Email: Andreskichris@yahoo.com

07-31-2025

**"RULES DO NOT APPLY"**
**"FILING UNDER SEAL"**



JULY *31*, 2025

**Superior Court of the District of Columbia**

**CIVIL DIVISION – Civil Action Branch**

**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**

**CHRISTOPHER J. ANDRESKI,**

    **Plaintiff,**

```
┌─────────────────────────────┐
│          FILED              │
│       CIVIL DIVISION        │
│        JUL 3 1 2025         │
│     Superior Court of the   │
│     District of Columbia    │
└─────────────────────────────┘
```

**v.**

**Case No.**

**United States Department of Justice "et al.",**

**Unknown Parties,**

**2025 - 05024**

**Defendants.**

**"Rules Do Not Apply"**

**"Filing under SEAL"**

**"Expedite" "PRIOR" to opening civil case filing "EMERGENCY MOTION" "Court Judicial Notice"**

**Plaintiff Christopher J. Andreski request for affirmative relief. A response may include a motion for affirmative relief, regarding the time to respond to the new motions, and to reply to that response, are governed by Rule 27(a)(3)(A) and (a)(4). Additionally, plaintiff is a protected federal 6c injured and disabled Deputy US Marshal "1811" that is "requesting permission" form the honorable to take "Expedite" "Court Judicial Notice" due to the "extraordinary circumstances" for the honorable court to grant plaintiff permission regarding "ALL" civil local court rules "Do Not Apply" in all plaintiff Christopher J. Andreski civil filing motions and civil filing submissions to the honorable court and clerks office.**

**"RULES DO NOT APPLY"**
**"FILING UNDER SEAL"**

Additionally, plaintiff must inform the honorable court that plaintiff is in pain and is still injured and disabled from plaintiffs Deputy US Marshal "1811" USMS traumatic work injures. While plaintiff prays to God "our" Lord and Saver that the honorable court and clerk's office will recognize the undue duress and medical hardship "extraordinary circumstances" that leave plaintiff in extreme pain at this time from all plaintiff Deputy US Marshal "1811" USMS traumatic work injures, and is impacting plaintiffs' health and well-being, joints, life, while causing more duration and life-loss to plaintiff living life, during these tortuous times that plaintiff must endure from obtuse and bad faith defendants. Which plaintiff must inform the honorable court, regardless how defendants continue to engage in there obtuse and radical "Weaponization" conduct towards plaintiff life-loss, plaintiff still only wishes all bad faith parties only peace, love and tranquility in their special bad faith life's.

Plaintiff Christopher J. Andreski

Address: 12491 Woodland Park Dr. NE

Belding, MI 48809

Phone: 586-321-4113

Email: Andreskichris@yahoo.com

07-31-2025

**"RULES DO NOT APPLY"**
**"FILING UNDER SEAL"**

JULY $3l$ , 2025 

### Superior Court of the District of Columbia

### CIVIL DIVISION – Civil Action Branch

### 500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001

**CHRISTOPHER J. ANDRESKI,**

     **Plaintiff,**

```
FILED
CIVIL DIVISION
JUL 3 1 2025
Superior Court of the
District of Columbia
```

**v.**

**Case No.**

**United States Department of Justice "et al.",**

**Unknown Parties,**

**2025 - 05024**

**Defendants.**

### Plaintiff Christopher J. Andreski "Filing Under Seal Request".

**Plaintiff Christopher J. Andreski request for affirmative relief. A response may include a motion for affirmative relief, regarding the time to respond to the new motions, and to reply to that response, are governed by Rule 27(a)(3)(A) and (a)(4). Additionally, plaintiff must inform the honorable court that injured and disabled plaintiff is a protected federal 6c Deputy US Marshal "1811", and is "Requesting Permission" from the honorable court to "Grant Permission" to allow plaintiff to file all civil court filings to include "PRIOR" to all plaintiff's civil court filings motions and all plaintiffs civil court filing submissions grant plaintiff permission to file under "SEAL", before the honorable court during all civil court proceedings.**

**Moreover, due to the "extraordinary circumstance", and the serous nature pertaining to the bad faith obtuse conduct by defendants, and the unknown parties relating to plaintiffs civil case matters that plaintiff identifies before the honorable court in plaintiffs filing and submissions that identify the constant pattern of "Weaponization" retaliation attacks of fraud, waste, and abuse that defendants continue to engage in acts of intentional irritable bad faith acts that caused harm to plaintiff to include the obstruction in plaintiffs federal admin/civil case matters before this honorable court.**

**"RULES DO NOT APPLY"**
**"FILING UNDER SEAL"**

**Plaintiff Christopher J. Andreski**

**Address: 12491 Woodland Park Dr. NE**

**Belding, MI 48809**

**Phone: 586-321-4113**

**Email: Andreskichris@yahoo.com**

07-31-2025

"RULES DO NOT APPLY"
"FILING UNDER SEAL"


JULY 3/, 2025                            

**Superior Court of the District of Columbia**

**CIVIL DIVISION – Civil Action Branch**

**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**


**CHRISTOPHER J. ANDRESKI,**

        **Plaintiff,**

```
┌─────────────────────────┐
│          FILED          │
│      CIVIL DIVISION     │
│       JUL 3 1 2025      │
│    Superior Court of the│
│    District of Columbia │
└─────────────────────────┘
```

**v.**

                                        **Case No.**

**United States Department of Justice "et al.",**      **2025 - 05024**

**Unknown Parties,**

**Defendants.**

**Plaintiff Christopher J. Andreski "Filing Under Seal" "Requesting Permission" from the clerk's office and the honorable court (Civil Division), during this "Extraordinary Circumstances" that injured and disabled plaintiff is experiencing during this painful and hardship time.**


**Plaintiff Christopher J. Andreski who is a protected federal 6c injured and disabled Deputy US Marshal "1811" "requesting permission" for the honorable court, and clerks office to "Grant Permission" for plaintiff to file all plaintiffs civil court filing motions and civil submissions to the clerks office and to the honorable court in "PDF" format by plaintiffs' email address: Andreskichris@yahoo.com, due to the "extraordinary circumstance", and serous nature of the ongoing pattern of "Weaponization" bad faith attacks that have forced plaintiff to extend plaintiffs forced visit to the "District of Columbia (Washington, DC).**


**Which plaintiff has identified the pattern of "Weaponization" retaliation attacks and consists of fraud, waste, and abuse, and bad faith block aids to intentionally**

**"RULES DO NOT APPLY"**
**"FILING UNDER SEAL"**

cause plaintiff health and well-being, that continues to intentionally harm plaintiffs all around living-life, that plaintiff still must endure from defendants in the "District of Columbia" (Washington, DC).

Moreover, all plaintiffs' civil court filings and civil filing submissions to the honorable court, identify a clear "bucket of water" regarding the pattern of all defendants and unknown parties who continue to engage in intentional harmful "Weaponization" acts that cause injured and disabled plaintiff pain, suffering, and life-loss which has placed plaintiff in theses "extraordinary circumstances" before the honorable court.

Plaintiff Christopher J. Andreski

Address: 12491 Woodland Park Dr. NE

Belding, MI 48809

Phone: 586-321-4113

Email: Andreskichris@yahoo.com

07-31-2025

**"RULES DO NOT APPLY"**
**"FILING UNDER SEAL"**

JULY 31 , 2025

**Superior Court of the District of Columbia**

**"CIVIL DIVISION" – Civil Action Branch**

**500 Indiana Avenue, N.W., Suite 5000**

**Washington, D.C. 20001**

**CHRISTOPHER J. ANDRESKI,**

    **Plaintiff,**

FILED
CIVIL DIVISION
JUL 3 1 2025
Superior Court of the
District of Columbia

**v.**

**United States Department of Justice "et al.",**

**Case**

**Unknown Parties,**

2025 - 05024

**Defendants.**

**"Rules Do Not Apply"**

**"Filing under SEAL"**

**"Expedite" "Extraordinary Circumstances" for the honorable court to grant plaintiff permission to file and submit most all plaintiffs' civil filings and most all plaintiffs' submissions "UNREDACTED" to be filed and submitted to the honorable court and to the ethical civil court clerk's office that plaintiff "Request for Affirmative Relief".**

**Plaintiff Christopher J. Andreski "EMERGENCY MOTION" "PRIOR" to plaintiff filing before the honorable court opening plaintiffs' civil complaint case, for the honorable court to allow and grant plaintiff permission for the honorable "Court Judicial Notice" "request relief" for plaintiff to able to file most all civil court filing and most all civil court submissions to the honorable "UNREDACTED". Moreover, due to the extreme severity of the "Extraordinary Circumstances" of disability discrimination, and the harmful intentional "Weaponization" attacks that plaintiff has been forced to endured for over five (5) plus years, to injured and disabled plaintiff Christopher J. Andreski who is also a "Protected 6c Federal Deputy US Marshal "1811"" , which plaintiff is still experiencing extreme pain and suffering from plaintiff USMS traumatic mic work**

**"RULES DO NOT APPLY"**
**"FILING UNDER SEAL"**

injuries and plaintiff USMS traumatic work disabilities, that also has placed extreme duress on plaintiff physical internal body and health and well-being.

Furthermore, most all injured and disabled plaintiff "UNREDACTED" civil court filings and civil court submissions of "UNREDACTED" supporting evidence plaintiff believes will help the honorable conclude a conclusive and legal relevant basis to grant plaintiffs "PRIOR" detail civil court filings and submissions requests which plaintiff believes will help the honorable court keep the bad faith mud out of the bucket of water throughout future civil court proceedings. Additionally, plaintiff identifies the intentional pattern of the harmful violations that defendants, State of Michigan short-term public officials, Well-Fargo Bank, Independent Bank, and Unknown Third-Parties engaged in knowingly, willingly, and wontly engaged in acts of "fraud, waste, and abuse that plaintiff identifies in the following: 18 U.S.C. 241 (Conspiracy against rights), 242 (Deprivation of rights under color of law), 245 (Federal Protected activates), 246 (Discrimination of relief benefits), 249 (Hate crime acts), 1589 (Forced labor), 1594 (General provisions, including attempts and conspiracies), 18 U.S.C. 1922, 18 U.S.C. 1001, 42 U.S.C. 1983(3) (Legal Ref: "Bush v. Lucas"), 18 U.S.C. Section 2340(2), and (3)(A)(B)(C)(D) "intended to inflict serve mental pain", 42 U.S.C. 367 [1985]", and 31 U.S.C. & 3730(h)(3) "False Claim Act", Civil Racketeering Obstruction of Justice, that relates to civil rights litigation under "28 C.F.R. 0.50 and 0.55. Moreover, plaintiff also identifies the negligent and intentional harmful continuous pattern of all defendants, and all unknown bad faith parties who knowingly engaged in radical retaliation conduct, that in fact has violated most 'ALL" plaintiffs' US Constitutional Civil Rights and most all plaintiffs federal protected Merit System Principles outlined under "5 U.S.C. 2301 (b), and 5 U.S.C. 2302 (b). Which for the reasons that plaintiff has just described in detail for the honorable court in plaintiffs' non-legal attorney experience opinion, therefore plaintiff would again respectfully request the honorable court grant plaintiff "SEALED" motion request. Thank you and God Bless.

Plaintiff Christopher J. Andreski

Address: 12491 Woodland Park NE

Belding, MI 48809

Phone: 586-321-4113

Address: Andreskichris@yahoo.com

07-31-2025

**"EXPIDITE" "EMERGENCY MOTION" "Extraordinary Circumstance"**
**"20 C.F.R. & 10.741", "20 C.F.R. & 10.740", "20 C.F.R. & 10.739", and**
**"20 C.F.R. & 18:40 Dual Benefits for victims of terrorist attacks."**

**"RULES DO NOT APPLY"**

**July     , 2025**

**Superior Court of the District of Columbia**

**CIVIL DIVISION – Civil Action Branch**

**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**

**CHRISTOPHER J. ANDRESKI,**

   **Plaintiff,**

```
FILED
CIVIL DIVISION
JUL 3 1 2025
Superior Court of the
District of Columbia
```

**v.**

**C 2025 - 05024**

**United States Department of Justice "et al.",**

**Unknown Parties,**

**Defendants.**

**"Rules Do Not Apply"**

**"Filing Under Seal"**

**"EXPIDITE" "EMERGENCY MOTION" "Extraordinary Circumstance"** pursuant to the **"Uniform Enforcement of Foreign Judgements Act of 1990, Rule 65-I (DC Code 15-351).**

Plaintiff Christopher J. Andreski **"EXPIDETE" "EMERGENCY MOTION" "Extraordinary Circumstance"** Hardship **"Request Relief"** request for the honorable **"Court Take Judicial Review"** for the honorable court to reinstate and recognize **"Executive Order 13977 of January 18, 2021, "Protecting Law Enforcement Officers, Judges, Prosecutors, and Their Families"**, that the obtuse defendants continue to retaliate with their **"Weaponization"** limp cowardly slaps that recently **"Terminated"** plaintiff Christopher J. Andreski Protected 6c Special Federal LEO Disability Enhance FECA OASDI financial benefits, that plaintiff **"Request Relief"** from the honorable court that all plaintiffs FECA OASDI financial benefits and medical benefits be immediately corrected and reinstated, so plaintiff does not have to endure a painful and tragic

**"EXPIDITE" "EMERGENCY MOTION" "Extraordinary Circumstance"
"20 C.F.R. & 10.741", "20 C.F.R. & 10.740", "20 C.F.R. & 10.739", and
"20 C.F.R. & 18:40 Dual Benefits for victims of terrorist attacks."**

death while plaintiff fights for plaintiff life on the streets in the "District of Columbia (Washington, DC).

Plaintiff Christopher J. Andreski "EXPIDETE" "EMERGENCY MOTION" "Extraordinary Circumstance" Hardship "Request Relief" request for the honorable "Court Take Judicial Review" for the honorable court to reinstate plaintiffs' "CORRECT" plaintiffs' "20 C.F.R. & 10.741, 10.740, and 10.739", including 20 C.F.R. & 18:40 Dual Benefits for victims of terrorist attacks Protected 6c Special Federal LEO Disability Enhance FECA OASDI financial benefits be  immediately reinstated and corrected to $176,100 times by three (3) and "Federal Tax Free and State Tax Free, pursuant to plaintiffs Federal Special LEO Enhanced Disability financial yearly "permanent and protected" financial life yearly enhanced financial amount of $528,300 (FECA Monthly Amount $44,025). Plaintiff would also request all COLO and Annuity increases, to follow Special Federal LEO Disability enhanced "Special Rate Supplement" pursuant to 5 U.S.C. 5305 and 5 U.S.C. 5307, to include increases under subpart C pursuant to 5 U.S.C. 5338, Sec. 4 to the "Executive Schedule Levels IV &530.304(a). Plaintiff would also request back pay and interest and medical benefits to be adjusted and corrected immediately.

 While bad faith defendants, including the US Department of Labor, US Marshal Service Office of Special Counsel, Unknown Third Parties, State of Michigan, and Prior US Administration (2021-2024) USMS obtuse individuals who appear are currently in USMS special leadership roles, and/or USMS acting official roles for the USMS, appear think it is funny to continue to engage in "not nice" "Weaponization" malice acts towards plaintiff health and well-being and life. While all bad faith parties continue to engage in "Fraud, Waste, and Abuse" acts towards plaintiff Protected 6c Special Federal LEO Disability Enhance FECA financial benefits and medical benefits.

Moreover, defendants and unknown bad faith third-parties and recently intentionally "TERMINIATED" plaintiffs' Protected 6c Special Federal LEO Disability Enhance FECA financial benefits in July, of 2025. Which is a clear and concurrent regarding how defendants and bad faith parties intentionally knowingly, willingly, and wantonly engaged in the patter of violations of retaliation towards plaintiffs' reprisal for whistleblowing disclosures pursuant to 5 U.S.C. & 2302(b)(9)(A)(i), (B), (C), or (D), to include the years of medical impeding and medical interference that deprived and denied plaintiff the "right to recovery" pursuant to "42 U.S.C. 1981a", "18 U.S.C. 1922", "42 U.S.C. 2000a-2 Deprivation of Interference", and the 5 U.S.C. & 12203 Probation against retaliation and coercion" (Case Reference: *Alvarez v. Wilson*, and *Stern v. US Gypsum Co*.). Which plaintiff must inform the honorable court that the pattern of all defendants' bad faith obtuse conduct has disappointed plaintiff, but also continues to hurt plaintiffs' heart and internal feelings regarding how defendants

**"EXPIDITE" "EMERGENCY MOTION" "Extraordinary Circumstance"**
**"20 C.F.R. & 10.741", "20 C.F.R. & 10.740", "20 C.F.R. & 10.739", and**
**"20 C.F.R. & 18:40 Dual Benefits for victims of terrorist attacks."**

continue to engage in retaliatory "not nice" "Weaponization" acts towards plaintiff health and well-being and all-around life.

Furthermore, the hazardous and dangerous "Weaponization" malice acts that continue to cause plaintiff pain and suffering to "ALL" plaintiff USMS traumatic work injuries and "ALL" plaintiffs' USMS traumatic work injury disabilities impairment disability ratings that leave plaintiff with the chronic pain for the rest of plaintiff injured and disabled living life. While due to all bad faith parties intentional dangerous conduct acts, it appears defendants wanted plaintiff to either "DIE" on the streets of the District of Colombia, (Washington, DC), which plaintiff can inform the honorable court that plaintiff injured and disabled body is currently in extreme pain, as plaintiff health and well-being continues to decline, plaintiff will not give up and continue to fight for plaintiffs' health and well-being, and plaintiffs' all around life, while plaintiff is a "Prisoner of a Civil War" in plaintiffs' forced extended visit in the District of Columbia, (Washington, DC).

However, in the event cowardly bad faith defendants and unknown third-parties end up killing plaintiff, or placing plaintiff in the emergency hospital again. Plaintiff is ok with that, as long as this honorable court makes direct and stern corrective action rulings to remove all defendants who have engaged in "Weaponization" malice acts for the purposes of harming and potentially ending plaintiff life. Which plaintiff would "request relief" at this stage, for the honorable court to remove all defendants from "Federal Service", and/or force the federal government to bring criminal charges on all defendants for the intentional engaged in knowingly, willingly, and wantonly "Weaponization" malice acts for the purposes of destroying injured and disabled Protected 6c Federal Deputy US Marshal "1811" health and well-being and life.

Plaintiff Christopher J. Andreski

Address: 12491 Woodland Park NE

Belding, MI 48809

Phone: 586-321-4113

Address: Andreskichris@yahoo.com

07-31-2025

"RULES DO NOT APPLY"

"EMERGENCY MOTION" ("5 C.F.R. & 353") "EXTRAORINARY CIRCUMSTANCE"

"ACTION INVOLVING REAL PROPERTY."

"RULES DO NOT APPLY"

July 31, 2025



Superior Court of the District of Columbia

CIVIL DIVISION – Civil Action Branch

500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001

CHRISTOPHER J. ANDRESKI,

    Plaintiff,

```
            FILED
         CIVIL DIVISION
          JUL 3 1 2025
       Superior Court of the
        District of Columbia
```

v.

Case

United States Department of Justice "et al.",

**2025 - 05024**

Unknown Parties,

Defendants.

    Plaintiff Christopher J. Andreski "EXPIDETE" "EMERGENCY MOTION" Hardship "Request Relief" requests pertaining to plaintiffs "ACTION INVOLVING REAL PROPERTY.", five (5) separate requests (1-5).

Plaintiff Christopher J. Andreski "EXPIDETE" "EMERGENCY MOTION" five (5) separate Hardship "Request Relief" requests "1-5", pertaining to plaintiffs "ACTION INVOLVING REAL PROPERTY.", pursuant to claims for relief "within the admiralty and maritime jurisdiction" pursuant to the exclusive jurisdiction "28 U.S.C. § 1333(1)", and note: pursuant to 5 C.F.R. & 353 protects the status of civil service employees who are absent from their because of military service OR Compensable Injury". Therefore, Plaintiff "Request for Affirmative Relief" from the honorable "Court Take Judicial Review", and "Expedite" under the "Special Rules", too follow "Rule 83-I", "Rule 18 (a)(b)(c)", and "Rule 27(a)(2)".

Moreover, plaintiff would respectfully "Request Relief" for the honorable "Court Take Judicial Review", and grant "ALL" plaintiffs' hardship "request relief" requests, which plaintiff has been forced to continue to endure over the five plus years of intentional harming obtuse and radical attacks. Furthermore, plaintiff has notified and emailed the honorable court, ethical

"RULES DO NOT APPLY"

"EMERGENCY MOTION" ("5 C.F.R. & 353") "EXTRAORINARY CIRCUMSTANCE"

"ACTION INVOLVING REAL PROPERTY."

"court clerk's office", and the civil divisions regarding plaintiff's email civil court motion filings, plaintiffs email attached filing submissions to the honorable court. Plaintiff has also has hand delivery plaintiffs filing civil motions and plaintiffs filing civil submissions of "Supporting Evidence" and plaintiffs' detailed timelines that plaintiffs describes plaintiffs supporting evidence in detail, which in plaintiff non-legal attorney experience will help the honorable court separate that bad faith parties chucks of mud from plaintiff bucket of water that contains integrity, justice, and honorable minerals for the honorable court to grasp a diverse and reasonable conclusion regarding plaintiffs civil complaint, civil protection orders, and plaintiffs' hardship "Relief Requests".

Which again, plaintiff identifies the pattern of the obtuse intentional harmful "Weaponization" conduct, by the "PRIOR" US Administration (2021-2024) defendants, to follow the co-conspiring civil racketeering cowardly former, current, and running federal, state, and local public officials in the "PURE" State of Michigan, and the US Department of Labor, USPS and other mail services, Well-Fargo Bank, Independent Bank, unknown federal/state medical divisions, and unknown hired third-parties who all still continue to engage in knowingly, willingly, and wantonly, "not nice" "Weaponization" acts that conclude in bad faith acts of fraud, waste, abuse. Which plaintiff clarifies all bad faith parties conclusive negligence disability discrimination acts, that plaintiff clarifies for the honorable court, regarding how bad faith parties continue to engage in there obtuse intentional harmful retaliatory retaliation attacks for the purposes of destroying plaintiffs' health and well-being, plaintiffs' W/MI home residence (Address: 12491 Woodland Park Dr. NE, Belding, MI 48809), plaintiffs E/MI personal property, destruction of plaintiff personals vehicles. Which bad faith parties recently "TERMINATION" plaintiff "Protected 6c Federal Special LEO Enhance (incorrect) Disability Benefits" in July of 2025 which has forced plaintiff to sleep on the streets of the "District of Columbia" (Washington, DC), and which has also hurt plaintiff internal feeling by all bad faith parties intentional negligent conduct.

However, plaintiff can inform the honorable court with plaintiffs' direct statement, that plaintiff "Christopher J. Andreski is still a prisoner of a Civil War" that pertains to the "Prior" US Administration (2021-2024) "Weaponization" attacks that have harmed plaintiffs', and violated most all plaintiffs US Constitutional civil rights. However, plaintiff is still standing, and cowardly obtuse defendants have harmed but not broken plaintiff 'Warrior Mind Set" to "Never Give Up" and to Never Surrender". While it appears to plaintiff that all obtuse and unethical bad faith parties continue to get more irritated with plaintiff fighting for plaintiffs' health and well-being, life, and plaintiffs US Constitutional Civil right, which still always bad faith defendants, and bad faith parties to engage in their intentional and harmful

"RULES DO NOT APPLY"

"EMERGENCY MOTION" ("5 C.F.R. & 353") "EXTRAORINARY CIRCUMSTANCE"

"ACTION INVOLVING REAL PROPERTY."

Additionally, plaintiff would identify in plaintiff non-legal attorney experience opinion that Federal Rule of Civil Procedure 9 except for deletion of section (h) thereof dealing with claims for relief "within the admiralty and maritime jurisdiction" pursuant to the exclusive jurisdiction "28 U.S.C. § 1333(1)". Plaintiffs' respectful "Request Relief" for the honorable court to take in consideration Rule 9 identical to Federal Rule of Civil Procedure 9 except for deletion of section (h) thereof dealing with claims for relief "within the admiralty and maritime jurisdiction", which are within the exclusive jurisdiction of federal District Courts. See "28 U.S.C. §1333(1)".

"EXTRAORINARY CIRCUMSTANCE"

"ACTION INVOLVING REAL PROPERTY"

1. Relief Request: Title VI section 601, Ronald Regan March 16, 1988, "Executive Order 12630 Governmental Actions and Interference with Constitutional Protected Property Rights". Plaintiff Christopher J. Andreski "relief request" and "injunction relief", 10-18-2024, in plaintiff "request relief" financial hardship relief "50 U.S.C. 3901 TO 4043 (Service Civil Relief Act)" regarding the NOTICE OF PLAN TO SELL PROPERTY letter, that pertains to the outstanding balance of Christopher Andreski 2015 GMC SIERRA 1500 4WD Pickup Truck outstanding owed balance of $6,989.82, which is also evidence. The disability discrimination and whistleblowing retaliation attacks towards Christopher Andreski GMC 1500 Pickup Truck third blown transmission appear to have been tampered blown up again, happened shortly after Christopher Andreski filed an in person civil rights complaint at the U.S. Attorney Office in the Eastern District of Michigan, which appears Christopher Andreski Civil Rights intake complaint and supporting evidence was never proceeded on because of illegal political corruption. Moreover, on 12-18-2023, the shooting incident that occurred after Christopher Andreski reported to the FBI field office in Detroit, MI. When the shooting incident occurred to Christopher Andreski rear left panel window, Christopher Andreski grandmother was in the passenger seat. Christopher Andreski is respectfully requesting financial hardship relief in the amount of $80,000.00 to purchase the same but new 2024 GMC 1500 4WD 1500 pickup truck that Christopher Andreski prior to obtuse bad faith parties destroying plaintiffs 2015 GMC 1500 4WD 1500 pickup truck. Additionally, plaintiff never received any financial hardship relief from the Western District of Michigan Federal Court in July of 2024, regarding plaintiff federal civil dismissed case number 1:24-cv-699, that plaintiff is aware of.
   (1) Reasonable Hardship "Relief Request": $457,600.00 federal/state tax free.

"RULES DO NOT APPLY"

"EMERGENCY MOTION" ("5 C.F.R. & 353") "EXTRAORINARY CIRCUMSTANCE"

"ACTION INVOLVING REAL PROPERTY."


"EXTRAORINARY CIRCUMSTANCE"
"ACTION INVOLVING REAL PROPERTY"

2. Title VI section 601, Ronald Regan March 16, 1988, "Executive Order 12630 Governmental Actions and Interference with Constitutional Protected Property Rights". Plaintiff Christopher J. Andreski "SOUGHT RELEIF" and "injunction relief" - "50 U.S.C. 3901 TO 4043 (Service Civil Relief Act)" financial hardship relief reimbursement "request relief" from plaintiff's mother's vehicle 2020 Toyota Corolla being repossessed months after her passing financial hardship relief and financial emotional and mental anguish relief in the amount of $45,000. Additionally, plaintiff never received any financial hardship "relief request" from the Western District of Michigan Federal Court in July of 2024, regarding plaintiff federal civil case number 1:24-cv-699.
(2) Reasonable Hardship "Relief Request": $135,000 federal/state tax free.


"EXTRAORINARY CIRCUMSTANCE"

"ACTION INVOLVING REAL PROPERTY"

3. Title VI section 601, Ronald Regan March 16, 1988, "Executive Order 12630 Governmental Actions and Interference with Constitutional Protected Property Rights". Plaintiff Christopher J. Andreski "SOUGHT RELEIF" and "injunction relief" financial hardship "request relief" "50 U.S.C. 3901 TO 4043 (Service Civil Relief Act)", regarding plaintiff personal property that plaintiff mother (CATHERINE R ANDRESKI) home address: 14311 Melva Dr. Warren, MI 48088, "Quick Claim Deeded" "Son" plaintiff Christopher J. Andreski (E/MI) personal property Address: 14311 Melva Dr. Warren, MI 48088 too, along with all financial mortgage debt, 2-dogs, and providing family friend with shelter who helped plaintiff with his dying and now deceased mother over the years. Therefore, plaintiff would "SOUGHT RELEIF" "50 U.S.C. 3901 TO 4043 (Service Civil Relief Act)", all financial mortgage, financial mortgages, and financial back property taxes, financial hardship "request relief" payoff amount of $152,028.52 to "Wells Fargo Bank" "Loan Number 0642029904".
(3) Reasonable Hardship "Relief Request": $608,114.08 federal/state tax free.

"RULES DO NOT APPLY"

"EMERGENCY MOTION" ("5 C.F.R. & 353") "EXTRAORINARY CIRCUMSTANCE"

"ACTION INVOLVING REAL PROPERTY."

"EXTRAORINARY CIRCUMSTANCE"

"ACTION INVOLVING REAL PROPERTY"

4. Title VI section 601, Ronald Regan March 16, 1988, "Executive Order 12630 Governmental Actions and Interference with Constitutional Protected Property Rights". Plaintiff Christopher J. Andreski "SOUGHT REILEIF" and "injunction relief" "50 U.S.C. 3901 TO 4043 (Service Civil Relief Act)", plaintiff financial hardship relief matters pertaining to plaintiffs outstanding mortgage debit is $328,224.08. Plaintiff Christopher J. Andreski Independent Bank mortgage financial loan number "517194012931" that pertains to plaintiff W/MI "Home Residence" Address: 12491 Woodland Park Dr. NE Belding, MI mortgage loan payoff that plaintiff "request relief" "immediate emergency financial hardship relief" from the honorable court to grant.
(4)  Reasonable Hardship "Relief Request": $9,457,600 federal/state tax free.


"EXTRAORINARY CIRCUMSTANCE"

"ACTION INVOLVING REAL PROPERTY"

5. Plaintiff Christopher J. Andreski respectfully "DEMAND" "SOUGHT RELEIF" from the honorable court to order the "NEW" 2025 US Administration, (Not the State of Michigan) but the US Department of Justice Attorney General's Office to investigate and bring corrective action to plaintiff, and to all the "PURE" State of Michigan "Michiganders regarding the obtuse radical cowards who made "Illegal Entry" and broke into plaintiff W/MI home residence, who appear destroyed all plaintiff life family collections, clothes, personal property, priceless family memory photos and "ART', including plaintiff priceless life collections. Which it appears bad faith parties made illegal entry for the purposes of either gathering and tampering with all plaintiffs "Federal Civil Evidence", and for the purposes of destroying, tampering, or altering plaintiffs "PII Sensitive Information", Medical, and other "FEDERAL GOVERNMENT PERSONAL IDENITY DOCUMENTS, "SF-50'S". Which bad faith parties appeared removed all plaintiffs civil personal evidence in plaintiff two separate federal admin/civil appeal case matters, and plaintiffs' other civil matters.
(5) Reasonable Hardship "Relief Request": $45,760,000 federal/state tax free.

"RULES DO NOT APPLY"

"EMERGENCY MOTION" ("5 C.F.R. & 353") "EXTRAORINARY CIRCUMSTANCE"

"ACTION INVOLVING REAL PROPERTY."

- Moreover, plaintiff must inform the honorable court that the bad faith obtuse parties appear have involvement with the unknown individuals who recently broke into plaintiff W/MI home residence in June of 2025, which plaintiff has identified in plaintiffs supporting detail timelines that identify the pattern of over five years of "Weaponization" retaliation attacks that plaintiff has identified in "detail" in "Exhibit# Cornbread" and identify the former and current federal, state, and rural short-term public officials, in the "Pure" State of Michigan who have been utilizing there positions for personal gain in the W/MI area, and now appear can engage in "Weaponization" retaliation acts that has forced plaintiff to fight to come to the "District of Columbia" while plaintiff is a "Prisoner of a Civil War" which is stemming from the Democratic Party in the State of Michigan, and special public officials who appear are pretending to be "Republicans" (Team of Fighters – Clue) all participated in destroying plaintiff health and well-being, life, W/MI home residence, personal property, loss of life, impacted plaintiff family, former loved one, and friends, along with and other relating matters, which identify why all bad faith parties appear broke into plaintiff W/MI home residence for an attempt to cover all the bad faith obtuse parties donkeys. This is a major problem and plaintiff; family and friends want "CORRECTIVE ACTION" from radical and obtuse parties. Again, plaintiff felt that plaintiff he had no choice but to come to the honorable courts in the District of Columbia (Washington, DC) for hardship relief, assistance, protection and help regarding the "Weaponization" attacks that plaintiff exhausted all reporting acts to federal, state, and local law enforcement and other appreciate government agencies and no one will address anything. "Avoiding" and "Failure to Intervene" is not a solution, and running away from bad faith parties who have engaged in a pattern of bad faith acts for decades is not an option for plaintiff.

- Which plaintiff suspects all bad faith parties within the State of Michigan also were impeding, interfering, and had involvement with the interference with plaintiffs FDIC Complaint from 2023, and plaintiffs two State of Michigan Building complaints on December 18, 2023, that is connected to the "Bank Fraud Acts", and "Embezzlement" that plaintiff is still left with a unfinished and damaged W/MI home residence, because of bad faith acts by some of the defendants, and political rural corruption who influenced third-parties to targeted and harm plaintiff, along with damaging plaintiff home residence and personal property. Lastly, plaintiff Christopher J. Andreski "relief request" and "injunction relief" to the honorable court to grant plaintiff Christopher J. Andreski mortgage financial hardship relief, and disability hardship financial debt relief assistance to finish, fix, furnish, and the installation of plaintiffs life home residence property essentials that will provide peace, love, and tranquility for plaintiff Christopher J. Andreski, family, and close life friends, and to address the structural foundation damaged to plaintiffs' W/MI home residence.

"RULES DO NOT APPLY"

"EMERGENCY MOTION" ("5 C.F.R. & 353") "EXTRAORINARY CIRCUMSTANCE"

"ACTION INVOLVING REAL PROPERTY."

- Plaintiff Christopher J. Andreski has exhausted his administrative remedies, that pertain to his unfinished structural damaged home residence 12491 Woodland Park Dr. NE Belding, MI 48809. Plaintiff Christopher J. Andreski has reported the illegal activity to the State of Michigan OIG AG Office, Building Division, FDIC, U.S. Department of Justice Civil Rights OIG Division, FBI Special Agent NG, FBI Victims Unit, Kent County Prosecutors Office, Kent County Sheriff's Department, and other law enforcement, regarding the knowingly, willingly, and wantonly, bank fraud attacks, breach of contract, intentional negligence, and illegally embezzlement towards Christopher J. Andreski residential new unfinished structural foundation damaged. The knowingly, willingly, and wantonly, parties involved were Former U.S. Marshal employee Bruce Nordin, USMS employees, USMS/OGC, Grattan Township employees, State of Michigan employees, Kent County employees, home builder, independent bank loan officer and bank employees, Attorney Neighbor. (Trickery Scheme and Rural Political Corrupt Officials). U.S. Department of Labor has been involved with the State of Michigan, U.S. Marshal Service/OGC by utilizing Christopher J. Andreski home residence neighbors in the trickery scheme / rural public corruption attacks towards Christopher Andreski.

- Plaintiff Christopher J. Andreski filed two-separate building complaints with the State of Michigan that were received by the State of Michigan 12-18-2023, which were never addressed by the State of Michigan.

- On 12-18-2023, plaintiff Christopher J. Andreski filed an online complaint with the Federal Deposit Insurance Corporation (FDIC) complaint from 12-28-2023, which plaintiff included 2 separated USPS Boxes of supporting evidence and factual timelines of events that was relevant to plaintiffs FDIC complaint and submissions in plaintiff non-legal attorney experience opinion. Moreover, plaintiff included plaintiffs' financial construction/mortgage loan Independent Bank Mortgage Loan Agreement that appears to identify the bad banking practices and other bad faith acts to plaintiff that appeared were influenced by obtuse and unethical unknown third parties, relating to plaintiffs' FDIC complaint and submissions against construction/mortgage loan with financial institute Independent Bank, loan officer and bank employees. Lastly Plaintiff second FDIC Certified USPS Mail Box of plaintiff additional supporting evidence and FINANICAL "PII Sensitive Information" which appears was either stolen and/or intercepted by unknown bad faith parties in January of 2023. Which plaintiff would not be surprised if special rural public officials in W/MI enticed state government agencies to utilize "State Secretes" and engage in "WEAPONIZATION" bad faith attacks to destroy plaintiff W/MI home residence and life from the "PRIOR" US Administration (2021-2024), and from the democratic party.

**"RULES DO NOT APPLY"**

**"EMERGENCY MOTION" ("5 C.F.R. & 353") "EXTRAORINARY CIRCUMSTANCE"**

**"ACTION INVOLVING REAL PROPERTY."**

Plaintiff Christopher J. Andreski

Address: 12491 Woodland Park NE

Belding, MI 48809

Phone: 586-321-4113

Address: Andreskichris@yahoo.com

07-31-2025

**"RULES DO NOT APPLY"**

**"FILING UNDER SEAL"**

JULY 3/ , 2025

**Superior Court of the District of Columbia**

**"CIVIL DIVISION" – Civil Action Branch**

**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**

```
FILED
CIVIL DIVISION
JUL 3 1 2025
Superior Court of the
District of Columbia
```

**CHRISTOPHER J. ANDRESKI,**

      **Plaintiff,**

**v.**

Case **2025 - 0502**

**United States Department of Justice "et al.",**

**Unknown Parties,**

**Defendants.**

**"Rules Do Not Apply"**

**"EXPIDETE" "EMERGENCY MOTION" "Request for Affirmative Relief"**

**"Filing under SEAL"**

"Expedite" "PRIOR" to opening civil case filing "EMERGENCY MOTION" "Court Judicial Notice" plaintiff Christopher J. Andreski "request relief" for the honorable court to appointed plaintiff with ethical attorney representation for all of plaintiffs civil matters before the honorable court. Plaintiff Christopher J. Andreski request for affirmative relief. A response may include a motion for affirmative relief, regarding the time to respond to the new motions, and to reply to that response, are governed by Rule 27(a)(3)(A) and (a)(4).

Plaintiff Christopher J. Andreski who is a protected federal 6c injured and disabled Deputy US Marshal "1811" is "requesting permission" for the honorable "Court Judicial Notice" and "Expedite" grant plaintiff Christopher J. Andreski "request relief" for the honorable court to appoint plaintiff with ethical attorney representation for all of plaintiffs civil matters before the honorable court. Plaintiff respectful requests is in light of the "Extraordinary Circumstances" in all of plaintiffs' admin/civil federal case matters, the honorable court take in consideration the "Weaponization" retaliation acts, to follow the intentionally harming attacks to plaintiff that have been occurring over five plus years, and which stem from

"RULES DO NOT APPLY"
"FILING UNDER SEAL"

defendants, political officials within the State of Michigan, and unknown third-parties that have been illegally stealing plaintiffs "PII Sensitive Information, plaintiff personal medical information, and stealing plaintiff's identity.

Additionally, obtuse and radical bad faith parties recently broke into plaintiff W/MI home residence Address: 12491 Woodland Park Dr. NE Belding, MI 48809 where plaintiffs local law enforcement agency "REFUSED" to respond and stop the bad faith parties from "illegal entry" to plaintiff W/MI home residence, and allowed bad faith parties in the State of Michigan appear have tamper with, gather and destroy all plaintiff family life photos, plaintiff "PII Sensitive Information, plaintiffs "Federal Government USMS Practice Duty Ammunition", and plaintiff other supporting evidence and supporting documentation, and plaintiff "computer lab top" that had supporting video surveillance that pertained to the blinking flying drones, that appear were hacking in all plaintiffs W/MI home residence Wi-Fi Internet, mobile phone, and other Bluetooth devices, which allowed bad faith obtuse unknown parties and defendants to spy, monitor, invade plaintiff privacy in plaintiff W/MI home residence, which it appears "Peeping Drone Tom's" are allowed to look into W/MI home residence and invaded plaintiff privacy which has been alarming from corrupt and obtuse bad faith parties who have been violating "Federal Law" under the "Prior US Administration" (2020-2024).

Moreover, while all bad faith parties continue to engage in there special "Weaponization" civil co-conspiring racketeering "Espionage" domestic terrorizing operation acts for the purposes of intentionally harming injured and disabled plaintiffs' health and well-being, life, plaintiffs' W/MI home residence privacy rights, medical impeding and medical interference to destroy plaintiffs body (FELONY – 18 U.S.C. 1922) (NOT SO FUNNY NOW IS IT) and plaintiffs' personal property (vehicle/phone) which are violations of plaintiff 4th and 14th amendments US Constitutional Civil Rights. Which plaintiff will inform the honorable court plaintiff has identified not just the pattern of bad faith acts from defendants and third-parties in plaintiff detail supporting timelines and in plaintiffs supporting evidence packets that identity's the pattern of all bad faith parties obtuse and radical conduct.

However, it appears that bad faith parties and certain obtuse defendants have been bothered by plaintiff internal drive of keeping the "Warrior Mind Set" to "Never Give Up" and to "Never Surrender" from the evil acts of fraud, waste, and abuse from the short-term acting/former/current federal, state, and local public officials and certain co-conspiring bad faith defendants, who in fact violated many federal laws including "18 U.S.C. 111". Which "NO" State of Michigan "Democratic Party" public official or their "special circle hugging group club radical members" are not allowed to knowingly, willingly, and wantonly, conspired with obtuse defendants, for the purposes of intentionally impeding and interfering to cause harm and intimidation to injured and disabled plaintiff Deputy US Marshal "1811" job performance duties, to follow medical interference that harms plaintiffs USMS traumatic work injury's, USMS traumatic work disability impairment approved ratings and plaintiffs health and well-being, to include plaintiffs all-around life, or cause harm and undue extreme

"RULES DO NOT APPLY"
"FILING UNDER SEAL"

duress to plaintiffs family members, life friends (family friends), or to plaintiffs prior loved one and her child. Now, in the event defendants, or any unknown third-parties think they have the right to engage in such evil and pathetic bad faith acts. Then plaintiff message to those special bad faith parties is to respectfully drive to Virginia Beach to go "Pound Sand". Additionally, plaintiff means no disrespect to the honorable court, in fact plaintiff direct statement to all bad faith parties is a reminder that no one in the United States of America is allowed to violate any US Citizens US Constitutional Civil Rights, in plaintiffs' non-legal attorney experience opinion.

Furthermore, plaintiff filings and submissions outline civil violations that appear in plaintiff non-legal attorney experience opinion that plaintiff believes would conclude a legal relevant basis that identifies violations of the following: 18 U.S.C. 241 (Conspiracy against rights), 242 (Deprivation of rights under color of law), 245 (Federal Protected activates), 246 (Discrimination of relief benefits), 249 (Hate crime acts), 1589 (Forced labor), 1594 (General provisions, including attempts and conspiracies), 18 U.S.C. 1922, 18 U.S.C. 1001, 42 U.S.C. 1983(3) "Bush v. Lucas, 18 U.S.C. Section 2340(2), and (3)(A)(B)(C)(D) "intended to inflict serve mental pain" (God Bless them all), 42 U.S.C. 367 [1985]", 31 U.S.C. & 3730(h)(3) "False Claim Act", Civil Racketeering Obstruction of Justice, that relates to civil rights litigation under "28 C.F.R. 0.50 and 0.55. Moreover, plaintiff also identifies how negligent and obtuse defendants continue to engage in unbecoming bad faith radical acts, that in fact have violated most 'ALL" plaintiffs' federal protected Merit System Principles outlined under "5 U.S.C. 2301 (b), and 5 U.S.C. 2302 (b).

Lastly, if defendants, USMS OCG Special Counsel, or any third-parties finds plaintiff detail request motion for the honorable court to take in consideration and grant appoint plaintiff with court appointed ethical attorney representation that pertains to all plaintiffs' admin/civil matters offensive. Then plaintiff would strongly encourage all defendants, USMS OGC Special Counsel, and all third-parties to please contact their "EAP" support group and express their concerns, feeling and emotions to their EAP support group counselor. While plaintiff Christopher J. Andreski must also inform the honorable court again, that plaintiff only wishes all defendants, USMS OGC Special Counsel and third-parties only peace, love, and tranquility in there special and unique life's. Thank you and God Bless.

"RULES DO NOT APPLY"
"FILING UNDER SEAL"

Plaintiff Christopher J. Andreski

Address: 12491 Woodland Park Dr. NE

Belding, MI 48809

Phone: 586-321-4113

Email: Andreskichris@yahoo.com

07-31-2025

**"RULES DO NOT APPLY"**
**"FILING UNDER SEAL"**

July, 31 2025

**Superior Court of the District of Columbia**

**"CIVIL DIVISION" – Civil Action Branch**

**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**

**CHRISTOPHER J. ANDRESKI,**

     **Plaintiff,**

v.

**United States Department of Justice "et al.",**

**Unknown Parties,**

**Defendants.**

> FILED
> CIVIL DIVISION
> JUL 3 1 2025
> Superior Court of the
> District of Columbia

**Case**

**2025-05024**

    **Plaintiff Christopher J. Andreski "EMERGENCY MOTION" "Request for Affirmative Relief" "PROTECTION ORDER" to be "EXPEDITE" for the honorable "Court Take Judicial Review", under "Rule 83-I", "Rule 18 (a)(b)(c)", to follow "Rule 27(a)(2)".**

**Plaintiff Christopher J. Andreski respectfully request the honorable court to grant plaintiff "EXPIDITE" "Request Relief" "EMERGENCY MOTION" matters under RULE 83-I. The amendments of or additions to Superior Court Rules of Civil Procedure Federal Rule of Civil Procedure 83 which authorizes the promulgation of local rules by each District Court has been deleted. Substituted therefor is Rule-83-I which prescribes the rulemaking procedure for subsequent rules in accordance with D.C. Code (1967 Edition, Supplement IV) & 11-946. Moreover, in plaintiff's non-legal attorney experience it appears pursuant to Title 28 USC & 1291 Final" Rule 54(b) Appx. III Ca-D.C Circuit, Sec 2. jurisdiction administration agency case, or alternative special forum and even if the appellate petitioner has no contacts with the "District of Columbia".**

"RULES DO NOT APPLY"
"FILING UNDER SEAL"

Furthermore, plaintiff "request relief" for the honorable court to take in consideration plaintiffs prior federal court filing motions requests and plaintiffs filing submissions that pertain to plaintiffs conclusive and supporting evidence, which plaintiff describes in detail in plaintiff documentary evidence. Moreover, in plaintiffs non-legal attorney experience opinion plaintiff believes that plaintiff has identified the civil pattern of intentional intimidation, impeding, interference, and dangerous hazardous retaliation "Weaponization" acts, to include how bad faith parties knowingly, willingly and wantonly conspired in acts of intentional harmful "Torturous" malice acts that plaintiff has been forced to endure by the certain defendants, prior and current federal, state, and local State of Michigan obtuse public officials, and unknown-third parties that still are "trying" to intentionally harm and break plaintiff "Warrior Mind Set" to "Never Give Up" and "Never Surrender" from all evil bad faith actors and obtuse radical parties from the "PRIOR" US Administration (2021-2024), regarding plainitffs conclusive and supporting evidence filing and submissions that plaintiff identifies for the honorable court.

Moreover, plaintiff has identified the cowardly pattern of defendants and unknown bad faith parties and certain obtuse defendants, State of Michigan rural public officials/employees, including the unknown third parties who have all engaged in this co-conspiring civil racketeering "Weaponization" retaliation attacks to plaintiff for over the past five plus years. Which plaintiff must inform the honorable court that bad faith parties recently decided to engaged in more obtuse and radical conduct by "unlawfully" breaking into plaintiffs W/MI home residence (Address: 12491 Woodland Park Dr. NE, Belding, MI 48809). Which it appears defendant and unknown bad faith parties destroyed all plaintiff's life family personal property, priceless art, other personal property collection, including the destruction of plaintiffs "Federal Admin/Civil Evidence in plaintiffs W/MI home residence, weapons, and plaintiffs USMS duty issue firearms practice ammunition (BIG NO NO).

While it appears the former, current, and running short-term elected and/or appointed federal, state, and local public officials and their special unethical employees in the "Pure" State of Michigan, may have been the perpetrators. Which plaintiff encourages the "NEW" 2025 Executive Branch of the United States of America and the "NEW" US Department of Justice Attorney General Pam Boni Office to run a full and conclusive investigation for the health and safety of plaintiff, plaintiff family and plaintiffs prior loved one, but also for every US Citizen, and every "Pure Michigander" who resides in the "PURE" State of Michigan should "NEVER" have to endure or experience any intentional radical "WEAPONZATION" attacks their person, and especially from the "PRIOR" US Administration (2021-2024) or any political party/official who represent the "PEOPLE" of the United States of America, in plaintiff non-legal attorney experience opinion of course.

**"RULES DO NOT APPLY"**
**"FILING UNDER SEAL"**

Lastly, plaintiff would appreciate and "Request Relief" for the honorable court could "ORDER" all defendants, State of Michigan, Well-Fargo Bank, Independent Bank, US Department of Labor, and "ALL" unknown parties that are involved in plaintiffs federal administrative/civil court case matters, or have engage in intentional acts of fraud, waste, and abuse to defraud, or harm plaintiffs for the honorable court order all bad faith parties to "STOP". Which plaintiff must inform the honorable court that all bad faith parties who continue to engage in acts of fraud, waste and abuse, and utilizing their special cybersecurity superpowers to gain access to plaintiffs' personal email account, personal bank account, mobile phone, medical, mail, etc. does harm plaintiffs life, and in fact hurts plaintiffs' internal feelings.

Therefore, plaintiff would "request relief" for the honorable court to order all defendants, State of Michigan, Wells Fargo Bank, Independent Bank, US Department of Labor, and Unknown Third-parties to stop attacking plaintiff, members of plaintiff family, and plaintiffs prior loved one, and order all defendants and bad faith parties to utilize and engage in the "Common Sense" acts to "be nice" and for obtuse and cowardly parties not engage in intentional wrongful acts that intentionally harm, impede, intimidate, and interfere in all plaintiffs admin/civil court matters, health and wellbeing, W/MI home residence, personal property, family, friends, prior loved one (JW), and all-around life, and allow plaintiff to communicate and visit with plaintiff close friends who work for the "Federal Government", and without any federal agency retaliating, discriminating, entice, intimidate, threaten, or harming any plaintiffs close friends that were or currently are working for the "Federal Government". Which plaintiff consider family close friends that were or currently are working for the "Federal Government" family. Thank you and God Bless.

Plaintiff Christopher J. Andreski

Address: 12491 Woodland Park NE

Belding, MI 48809

Phone: 586-321-4113

Address: Andreskichris@yahoo.com

07-31-2025

**"RULES DO NOT APPLY"**
**"FILING UNDER SEAL"**
**'EXTRAORINARY CIRCUMSTANCES"**

⑨

**July,   2025**

**Superior Court of the District of Columbia**

**"CIVIL DIVISION"  - Civil Action Branch**

**500 Indiana Avenue, N.W., Suite 5000**

**Washington, D.C. 20001**

> FILED
> CIVIL DIVISION
> JUL 3 1 2025
> Superior Court of the
> District of Columbia

**CHRISTOPHER J. ANDRESKI,**

　　　**Plaintiff,**

**v.**

**Case**

**United States Department of Justice "et al.",**

**Unknown Parties,**

**Defendants.**

**2025 - 05024**

**Plaintiff Christopher J. Andreski "EMERGENCY MOTION" "Request for Affirmative Relief" to be "EXPEDITE" for the honorable "Court Take Judicial Review" during this "Extraordinary Circumstances". Therefore, plaintiff would respectfully request the honorable court to enforce "Rule 62 III" "Enforcing foreign judgements Frap 1. (c)", to follow 28 U.S.C. 1295(a)(2), and grant plaintiff a judgement with respect to the intentional harmful malice acts that caused plaintiff intentional harm to plaintiffs injured and disabled body, including the pain, suffering, and life-loss from all defendants, State of Michigan, and the unknown radical third parties.**

**Moreover, all bad faith parties continue to engage in these discriminating and retaliation "Weaponization" harmful acts that continue to cause harm plaintiffs internal and external body, life, property, and W/MI home residence. Therefore, plaintiff has filed before the honorable court a reasonable and justifiable "request relief" requests, that plaintiff outlines and breakdowns for the honorable court in plaintiffs' filing submissions that outlined in pages 1-196.**

**"RULES DO NOT APPLY"**
**"FILING UNDER SEAL"**
**'EXTRAORINARY CIRCUMSTANCES"**

**Which plaintiff identifies in detail for the honorable court in plaintiffs "1-272 separate" "request relief" requests, that pertaining to plaintiff reasonable and conclusive financial damages total amount of $2,171,635,488.95, or whatever the honorable court thinks is appropriate and reasonable to grant plaintiff during the hardship of plaintiff pain, suffering, and loss of life from all obtuse and radical bad faith parties.**

**Plaintiff Christopher J. Andreski**

**Address: 12491 Woodland Park NE**

**Belding, MI 48809**

**Phone: 586-321-4113**

**Address: Andreskichris@yahoo.com**

07-31-2025

July 31, 2025

1 of 4

## Attachment# 3
## CH-0752-22-0331-I-1
## IV. Relief

- Reinstate Christopher J. Andreski and reinstated in the work hardening program that Christopher Andreski was illegally kicked out of.

- The USMS will pay for any and all Stem Cell Procedures that Christopher Andreski receives for his injuries.

  - The factual fraudulent activity to Christopher Andreski Special 6c LEO FERS benefits be corrected, updated years of service and investigated by the FBI for corrective action.

  - The unjust 2019 withholding of Christopher Andreski GS-13 and proper GS-Step increases, be corrected with financial back-pay and financial interest.

  - Christopher Andreski financial pay status will be changed to a GS-15 Step-10 by the USMS, along with changing Christopher Andreski high three (3) years of government service as a GS-15-Step-10 with the USMS with the Special 6c LEO FERS protected covered benefits previsions.

  - Reimbursed for all medical bills and all travel expenses, premium travel expenses, personal vehicle and transportation expenses 2019 to present.

  - Reimbursed for all Attorney and/or Representation financial bills from the time period of 2018-present.

  - Damage to personal vehicle estimate. 60,000 (Personal vehicle does not run because of the terrorizing vandalizing attacks.)

  - Interference and Violations of violating Christopher Andreski Fourteenth Amendment, Civil Rights and Fraudulent Acts towards Christopher Andreski life, relationships, career, personal property and family: $55,000,000.

  - The DOL/OWCP and the USMS will pay all future medical bills regarding any of Christopher Andreski USMS work injuries or injuries that stem from Christopher Andreski USMS work injuries.

  - Christopher Andreski Special 6c protected LEO FERS benefit tax free for life.

**Attachment# 3**
**CH-0752-22-0331-I-1**
**IV. Relief**

- Christopher Andreski Dental Insurance benefits, will be fully restored without any expense to Christopher Andreski.

- All Christopher Andreski USMS career and DOL/OWCP TSP withdraws and TSP loans will be fully to be restored to **$1,000,040**.

- Any State or Federal taxes, in respect from Christopher Andreski being forced to withdraw money out of my TSP, will be paid by the USMS.

- Christopher Andreski will have a Clean Slate Record (CRA) with all FLEOA, DOJ Divisions, USMS District/Divisions, Office Personnel File (OPF), Office of Personnel Management (OPM), Defense Finance and Accounting Service (DFAS), DOL/OWCP and FECA Benefits.

- The USMS and DOL/OWCP will have to pay Christopher Andreski 76,000,000 for the life altering medical impact, medical interference, medical impeding and malicious attacks Christopher Andreski had to endure and embrace throughout the last seven (7) years and USMS career.

- The USMS, DOL/OWCP, any and/or all federal and state agencies will not retaliate against Christopher Andreski or his family.

- Christopher Andreski does not have to sign non-disclosure agreement and his father James Andreski NTA agreement with the USMS, will no longer be valid and terminated.

- Christopher Andreski Attorney and Legal Fees be paid.

- Christopher Andreski never have to pay Property taxes, State income taxes or Federal income taxes.

- Additional Pain and Suffering and Mother Pain and Suffering Amount: 55,000,000 Tax Free.

- Federal Investigation by the FBI Investigative Unit in Washington D.C., pertaining to the Public Corruption in Western District of Michigan.

**Attachment# 3**
**CH-0752-22-0331-I-1**
**IV. Relief**

- Christopher Andreski and his family will be allowed to have the same United States Constitutional rights as any American in the Western District of Michigan, Eastern District of Michigan, Kent County, Grattan Township, and of course anywhere in the United States of America.

- The Department of Justice and the President of the United States will order the State of Michigan to allow Christopher Andreski and his family to have the same 14th Amendment Rights, while many residences who live in Kent County, MI and live on Big Pine Island Lake have been allowed to have a 20ftx100ft sand beach. While Christopher Andreski and his family would like the court to order that they be allowed the same rights and have a 20ftx100ft sand beach, while ordering the labor, material and yearly sand upkeep lifetime maintain financial cost go to the United States Marshal Service, Kent County and Grattan Township budget.

- Federal criminal charges brought on the individuals who were knowingly, wantonly and willingly terrorizing Harassing, Targeting, Threating, Aggressive Stalking, Conspiracy to do bodily harm (Federal felony to remove a person bone without receiving permission or consent), False Statements, Impersonating a Police Officer, Identity Theft, and Cybercrime.

- Life-time stay away order that imposes a provision, to former USMS employee Bruce Nordin and Janet Elderson from any and all contact or communication to Christopher Andreski family and Christopher Andreski. The life-time stay away order will have special detail instruction and language to detour either party from contacting Christopher Andreski or his family.

- DOJ and the FBI will investigate the 2020 OWI arrest and Unethical and Unlawful proceeding in the Ottawa County Court (Public Corruption – ANDRESKI REPORT Binder# 2).

**Attachment# 3**
**CH-0752-22-0331-I-1**
**IV. Relief**

### USMS Administration Request:

- Retirement on Good-Stand with the USMS.

- Receive my USMS Retirement Credentials with a proper retirement LEOSA Card.

- Receive my original issued USMS Credentials and Badge.

- USMS Retirement Shadow Box.

- Letter from the USMS Director thanking me for my service.

- Letter of recommendation by the director of the USMS and Signed.

- Letter of recommendation by CDUSM Guzman and signed.

- USMS ordered to issue me a plaque for the apparitions of years of service from USMS D.C. Superior Court and from the Western District of Michigan that I never received.

- A letter from the USMS allowing me to qualify with a USMS Firearms Instructor once a year for LESOA in any USMS district of my choosing.

- Allowed to purchase my issue USMS Glock 22 40 Cal.

### 2 Separate Requests

- A list of former USMS LEO employee who have wronged by the USMS issue the former employees.

    1. USMS letter of good stand from the USMS
    2. Retirement USMS Credentials.
    3. LEOSA card with a USMS letter allowing them to qualify once a year at any district of their choosing with a qualified USMS Firearms Instructor.

07-31-2025

*1 oF2*
*03-30-2023*

**From:** Chris Andreski
**Sent:** Thursday, March 30, 2023 10:26 PM
**To:** Purnell, Sharonda (USMS)
**Cc:** Atwater, Billy (USMS) <B.Atwater@usms.doj.gov>

Cc: usmsbenefits@usms.doj.gov; Brown-Ghee, Beth (USMS) <BBrown-Ghee@usms.doj.gov>; Campbell, Dianne (USMS) <DMCampbell@usms.doj.gov>; Walker, Heather (USMS) <HWalker@usms.doj.gov>; Sherman, Sarah (USMS) <SSherman@usms.doj.gov>; ███████████; kqueen@usms.doj.gov; Davis, Marcus (USMS) <MDavis3@usms.doj.gov>; Marshall, Velicia (USMS) <VMarshall@usms.doj.gov>; Hicks, Tammie (USMS) <THicks@usms.doj.gov>; Simmons, Terri (USMS) <TSimmons@usms.doj.gov>; Banks, Kimberly (USMS) <KBanks@usms.doj.gov>; ████████████████ Brown-Ghee, Beth (USMS) <BBrown-Ghee@usms.doj.gov>; Campbell, Dianne (USMS) <DMCampbell@usms.doj.gov>; Phillip.Patterson@usdoj.gov; Walker, Heather (USMS) <HWalker@usms.doj.gov>; Jeffery.Mans@usdoj.gov; Scott Graham; ███████████████████████

; Larry Berger; Caine, Simon (USMS); Bullock, Cedric (USMS)
**Subject:** USMS Questions

Chief Purnell,

I am inquiring regarding the **June 17, 2022,** detail email response that I never received. Again, can I please get an update it has almost been a year??

Thank you.

Respectfully,
Christopher Andreski

Fraud to [Federal LEO special Benifits, Judicery, Veteran]

① High 3-Year Remove     ② OT - overtime.

③ Grde - LEO and LEAP

④ Special Federal LEO Enhanced Benifits

⑤ Injuried in the line of duty Veteran Benifits

⑥ Special Federal Judicery disability bealtts

⑦ Fraud to all Schedule Federal Awards.

2 OF 2
2022



Our nation was founded
on a simple idea: we're
all created equal.

JOE BIDEN

**From:** Chris Andreski
**Sent:** Wednesday, July 13, 2022 9:30 PM
**To:** Caine, Simon (USMS); Bullock, Cedric (USMS)
**Cc:** Scott Graham
**Subject:** FW: USMS Questions

Mr. Caine and Mr. Bullock,

For your records, the chain of emails below along with the attachments, pertain to my statements to
Administrative Judge Jennifer Cassell in todays hearing (07-13-2022) Docket Number: **CH-0752-22-0331-
I-1**.

Thank you for your time.

Respectfully,                             *Fraud to benifits*
Christopher Andreski

**From:** Purnell, Sharonda (USMS) <Sharonda.Purnell@usdoj.gov>
**Sent:** Friday, June 17, 2022 2:37:51 PM
**To:** andreskichris@outlook.com <andreskichris@outlook.com>

28



Other Special Enhanced Special Provisions.

Judiciary.

05-07-2022

535 Service

## Certification of Service Performed as a Law Enforcement Officer, Firefighter, Nuclear Materials Courier, Customs and Border Protection Officer (535 Service), or Air Traffic Controller

To be completed when an employee who has performed service in one of these special population categories with an agency separates from the agency for any reason, including resignation, transfer, retirement (including disability retirement), and death.

**Section 1: Employee Information**

| Name of Employee (Last, First, MI) | | | | Date of Birth (mm/dd/yyyy) | | Social Security Number | |
|---|---|---|---|---|---|---|---|
| ANDRESKI, CHRISTOPHER J | | | | 04/11/1981 | | XXX-XX-4751 | |

**Section 2: List of Enhanced Service (use additional copies of the form if more space is needed)**

Agency Name    US MARSHALS SERVICE

Service listed below was performed during the employee's service with

| Start Date | End Date | Service | | | Position Title and Position Description Number | | PO Number (not required for ATC service) | Location | Special Population Code (see instructions for list of codes) |
|---|---|---|---|---|---|---|---|---|---|
| | | Yrs | Mos | Days | Title | | | | |
| 12/10/2009 | 12/15/2012 | 3 | 0 | 5 | DEPUTY US MARSHAL | | 29204 | WASHINGTON, DC | 01 |
| 12/16/2012 | 12/14/2013 | 0 | 11 | 28 | CRIMINAL INVESTIGATOR | | 29168 | WASHINGTON, DC | 01 |
| 12/15/2013 | 03/28/2020 | 6 | 3 | 13 | CRIMINAL INVESTIGATOR | | 29117 | GRAND RAPIDS, MI | 01 |
| 03/29/2020 | 05/07/2022 | 2 | 1 | 8 | CRIMINAL INVESTIGATOR | | 19023A | GRAND RAPIDS, MI | 01 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Total Enhanced Service | | 12 | 4 | 14 | Comments: | | | | |

**Section 3: Agency Certification**

I certify that the information shown above accurately reflects verified information in official records.

| Signature of Authorized Agency Official | Printed Name of Authorized Agency Official | Title | Date (mm/dd/yyyy) |
|---|---|---|---|
| [signature] | TERRY LLANFORD | HR SPECIALIST | 5/7/22 |

For Local Reproduction

RI 20-124
September 2012

Incorrect
The USMS Agency
Keeps our 1811 LEAP.

The FBI, DEA, and ATF
are allowed to get there Leap Pay (1811)
25.%

Retire USMS Admin Ho
employee

Now Contract USMS
employee, Same Position.



## MERIT SYSTEM PRINCIPLES
### Adapted from §2301(b) of title 5 U.S.C.

*→ IF IS Ben: FIS former USMs employee Brace hydr?*

1. Recruit, select, and advance on merit after fair and open competition.
2. Treat employees and applicants fairly and equitably.
3. Provide equal pay for equal work and reward excellent performance.
4. Maintain high standards of integrity, conduct, and concern for the public interest.
5. Manage employees efficiently and effectively.
6. Retain or separate employees on the basis of their performance.
7. Educate and train employees if it will result in better organizational or individual performance.
8. Protect employees from improper political influence.
9. Protect employees against reprisal for the lawful disclosure of information in whistleblower situations.

## PROHIBITED PERSONNEL PRACTICES
### Adapted from §2302(b) of title 5 U.S.C.



1. Illegally discriminate for or against any employee/applicant.
2. Solicit or consider improper employment recommendations.
3. Coerce an employee's political activity.
4. Obstruct a person's right to compete for employment.
5. Influence any person to withdraw from competition for a position.
6. Give unauthorized preference or improper advantage.
7. Employ or promote a relative.
8. Retaliate against a whistleblower, whether an employee or applicant.
9. Retaliate against employees or applicants for filing an appeal.
10. Unlawfully discriminate for off-duty conduct.
11. Knowingly violate veterans' preference requirements.
12. Violate any law, rule, or regulation which implements or directly concerns the merit principles.

*Third Parties*

**"RULES DO NOT APPLY"**

**"FILING UNDER SEAL"**

**JULY 30, 2025**

**Superior Court of the District of Columbia**

**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**

**"CIVIL DIVISION" – Civil Action Branch**

CHRISTOPHER J. ANDRESKI,

    Plaintiff,

```
FILED
CIVIL DIVISION
JUL 3 1 2025
Superior Court of the
District of Columbia
```

v.

                                              **Case**

United States Department of Justice "et al.",

Unknown Parties,                       **2025 - 05024**

Defendants.

**"Rules Do Not Apply"**

**Plaintiff Christopher J. Andreski "SEAL" "Expedite" filing "Request Relief" for the honorable "Court Take Judicial Notice" immediately to order immediate "CORRECTION ACTION" that pertains to "ALL" plaintiffs USMS UNREDACTED" FOIA Requests that the USMS Office of General Counsel continues to "WITHHOLD" (Discovery), and plaintiff "PERSONAL W/MI HOME RESIDENCE DUE PROSCESS CIVIL PROPERTY" that was illegally "STOLEN" from the former W/MI USMS employee Bruce Nordin.**

1. **Plaintiff Christopher J. Andreski "Expedite" "PRIOR" to opening civil case filing "EMERGENCY MOTION" for the honorable "Court Take Judicial Notice" and order the US Marshal Service Office of General Counsel to order the release of all plaintiffs "FOIA Requests" in a paper copy, electronic pdf copy, and all plaintiffs "FOIA Requests" to be "UNREDACTED", that plaintiff Christopher J. Andreski "request relief" for the honorable court to order immediate "CORRECTION ACTION".**

2. **Plaintiff Christopher J. Andreski "Expedite" "PRIOR" to opening civil case filing "EMERGENCY MOTION" for the honorable "Court Take Judicial Notice" for the honorable court to order the US Marshal Service Office of General Counsel, and/or the USMS employee who works within the "District of Columbia" (Washington, DC) that appears may have been "forced" to withhold plaintiff "PERSONAL W/MI HOME RESIDENCE DUE PROSCESS CIVIL PROPERTY" from 2019.**

"RULES DO NOT APPLY"
"FILING UNDER SEAL"

- While this violation of plaintiffs' US Constitutional Civil "Due Process Rights" saddens plaintiff from defendants and the State of Michigan malice conduct, which it is not unreasonable in plaintiff and members of plaintiff family to respectfully request for "ALL" plaintiffs personal property "DUE PROCESS" civil documentation and plaintiffs personal civil property two separate CD's that was "STOLEN" from the radical and obtuse former W/MI USMS employee 'Bruce Nordin", who then illegally sent plaintiff W/MI personal home residence "DUE PROCESS" civil property in 2019, that former USMS employee Nordin sent by mail (FedEx) with "USMS funds", to a USMS employee who works within "District of Columbia" in Washington, DC and that appears was "forced" to accept and withhold plaintiff "PERSONAL W/MI HOME RESIDENCE DUE PROSCESS CIVIL PROPERTY" sense 2019, ("Over 6-years").

- Which again, plaintiff wants to be clear to the honorable court that the receiving USMS employee who currently works within "District of Columbia" in Washington, DC appears may have been "forced" to accept and withhold plaintiff "PERSONAL W/MI HOME RESIDENCE DUE PROSCESS PROPERTY", and comply with former USMS employee Bruce Nordin, USMS OGC Special Counsel, and possibly unknown political officials unethical and bad faith acts, due to the USMS employee who works within "District of Columbia" in Washington, DC may have been in "FEAR" of being retaliated against from all bad faith defendants and unknown obtuse parties. Which plaintiff supporting email civil court filings and plaintiffs hand delivery civil court filing and submissions to the honorable court, identify the "Weaponization" retaliation attacks to plaintiff, members of plaintiffs family, and to plaintiff W/MI home residence and plaintiff personal property which has violated most all plaintiffs' US Citizen, Us Constitutional Rights, Liberty's, and Freedoms, that every US Citizen is supposed to be able to embrace and experience in the United States of America, which include "PURE" State of Michigan. Thank you and God Bless.

Plaintiff Christopher J. Andreski

Address: 12491 Woodland Park Dr. NE

Belding, MI 48809

Phone: 586-321-4113

Email: Andreskichris@yahoo.com

07-30-2025

**"RULES DO NOT APPLY"**
**"FILING UNDER SEAL"**

**JULY 30, 2025**

**Superior Court of the District of Columbia**

**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**

**"Civil Division" – Civil Action Branch**



**CHRISTOPHER J. ANDRESKI,**

    **Petitioner,**

FILED
CIVIL DIVISION
JUL 3 1 2025
Superior Court of the
District of Columbia

**v.**

    **Case**

**United States Department of Justice "et al.",**

**Unknown Parties,**

**Defendants.**

**2025   05024**

**Filing Under "SEAL"**

**Plaintiff Christopher J. Andreski "EMERGENCY MOTION" - "Extraordinary Circumstances" "Request Relief" requests.**

1. **Plaintiff Christopher J. Andreski "EMERGENCY MOTION" "SEAL" "Expedite" "Extraordinary Circumstances" filing "Request Relief" for the honorable "Court Take Judicial Notice" to immediately order, "ALL" defendants, State of Michigan, unknown private and/or government third-parties contractors, including any bad faith federal, state of local short-term public official to stop impeding, interfering, influencing, or enticing others to engage in any bad faith conduct from stopping plaintiff from filing any civil complaint or civil motion, before any federal court, including DC Superior Court for the District of Columbia, and the "SUPREME COURT OF THE UNITED STATES".**

2. **Plaintiff Christopher J. Andreski "EMERGENCY MOTION" "SEAL" "Expedite" "Extraordinary Circumstances" "request relief from the honorable court to order all defendant and all unknown bad faith parties to stop all interference, impeding, stealing, tampering with, and/or altering any plaintiffs' potential future USPS Mail court filing and/or plaintiffs' hand delivery of plaintiff filing with the "SUPREME COURT OF THE UNITED STATES" that**

"RULES DO NOT APPLY"
"FILING UNDER SEAL"

pertains to plaintiffs "PETITION FOR WRIT OF CERTIORARI", and other court filing motion, in reference to United States Federal Court of Appeals for the Federal Circuit Case No. 24-2163.

3. Plaintiff Christopher J. Andreski "EMERGENCY MOTION" "SEAL" "Expedite" "Extraordinary Circumstances" "request relief" from the honorable court to order protection, and "ETHICAL" assistants and help regarding to plaintiff scheduling an appointment with the honorable "SUPREME COURT OF THE UNITED STATES" regarding plaintiff future hand deliver court filings appeal "PETITION FOR WRIT OF CERTIORARI" and plaintiffs other filing court motions "request relief" matters before the honorable "SUPREME COURT OF THE UNITED STATES". While it appears to plaintiff that certain "special" defendants, public officials within the State of Michigan, and unknown bad faith parties will do almost anything from trying to impede, interfere, and stop plaintiff from filing plaintiff non-legal attorney experience opinion appeal "PETITION FOR WRIT OF CERTIORARI" and other court filing motions, before the honorable "SUPREME COURT OF THE UNITED STATES". Which plaintiffs other "request relief" motions, includes plaintiffs "CORRCTIVE ACTION" that plaintiff intends to file before the honorable "SUPREME COURT OF THE UNITED STATES".

• While plaintiff finds it odd, that plaintiff cannot file plaintiffs future appeal "PETITION FOR WRIT OF CERTIORARI" filing motion inside the clerk's "SUPREME COURT OF THE UNITED STATES" office, as plaintiff was instructed plaintiff has to submit plaintiffs  with the clerk's office inside the "SUPREME COURT OF THE UNITED STATES", while plaintiff was instructed that plaintiff had to hand deliver plaintiffs "PETITION FOR WRIT OF CERTIORARI" outside the "SUPREME COURT OF THE UNITED STATES", by a guard shack and where it appears a hot dog stand is located during the day time. While plaintiff will use his better judgement and life experience that appears defendants and bad faith parties are impeding and interference, with plaintiff handover plaintiffs' future "PETITION FOR WRIT OF CERTIORARI", in another attempt to try to trick plaintiff in another "Trickery Scheme". Which plaintiff is not going to hand some unknown stranger outside the "SUPREME COURT OF THE UNITED STATES" at a guard shack next to a hot dog stand plaintiff "PII Sensitive Information "PETITION FOR WRIT OF CERTIORARI" outside the "SUPREME COURT OF THE UNITED STATES" courthouse without some reasonable clarity and ethical direction from this honorable court.

4. Plaintiff Christopher J. Andreski "EMERGENCY MOTION" "SEAL" "Expedite" "Extraordinary Circumstances" "request relief" for the honorable court to order protection order for the purposes of "JUSTICE" and to ensure that all defendants and bad faith parties will stop impeding, interfering, tampering with, and/or alter plaintiff "PETITION FOR WRIT OF CERTIORARI" court filing and other "request relief" motion requests matters before the

**"RULES DO NOT APPLY"**
**"FILING UNDER SEAL"**

honorable "SUPREME COURT OF THE UNITED STATES" by if plaintiff ever has money and decides to mail plaintiff future court filings matters before the honorable "SUPREME COURT OF THE UNITED STATES" to "Stop" all defendants and bad faith parties, including public officials with the State of Michigan from impeding, interfering, enticing others, tampering with, and/or altering plaintiff court filing "PETITION FOR WRIT OF CERTIORARI", and other "request relief" court filings plaintiff files and submissions filing through the Certified USPS mail services to the honorable "SUPREME COURT OF THE UNITED STATES".

- Which plaintiff can inform the honorable court that certain defendants, State of Michigan who utilized "state secretes", and unknown bad faith parties stole, tampered with, and altered plaintiffs prior USPS certified (receiving/sending) mail packages that contained plaintiffs PII Sensitive financial, and plaintiffs' PII Sensitive personal medical information. Which plaintiff can inform the honorable court, that the USMS OGC Special Counsel knows all about the "Trickery Schemes" with the mail services regarding to all the "Bad Faith Acts" of fraud, waste and abuse that involve defendants and the States of Michigan, utilizing and abusing the USPS, FedEx, UPS, and Amazon, and all other unknown third-party mail services, which really needs to stop in plaintiff's non-legal attorney experience opinion.

Petitioner Christopher J. Andreski

Address: 12491 Woodland Park Dr. NE

Belding, MI 48809

Phone: 586-321-4113

Email: Andreskichris@yahoo.com

07-30-2025